1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **DISTRICT OF NEVADA**
7  AMANDA LEA SEXTON and TONEY        )
   ANTHONY WHITE,                     )
8                                     )
             Plaintiffs,              )
9                                     )          2:16-cv-00734-RFB-VCF
         v.                           )
10                                    )          **ORDER**
   COUNTY OF CLARK NEVADA et al.,     )
11                                    )
             Defendants.              )
12                                    )
   _____
13
14 **I.    DISCUSSION**
15         On April 21, 2016, this Court issued an order noting that Plaintiff Sexton had submitted
16 an incomplete application to proceed *in forma pauperis* and that Plaintiff White had not
17 submitted any application to proceed *in forma pauperis*.  (ECF No. 2 at 1).  The Court denied
   Plaintiff Sexton's application to proceed *in forma pauperis* without prejudice.  (*Id.*).  The Court
18 directed Plaintiffs Sexton and White to either (1) individually file fully complete applications to
19 proceed *in forma pauperis* or (2) pay the full $400 for filing a civil action within 30 days from
20 the date of that order.  (*Id.* at 2).
21         On May 2, 2016, Plaintiff White filed one page of the application to proceed *in forma*
22 *pauperis*.  (ECF No. 3).  Plaintiff White's application to proceed *in forma pauperis* is
23 incomplete.  On May 9, 2016, Plaintiffs filed an amended complaint.  (ECF No. 4).  On May
24 13, 2016, Plaintiffs filed a motion to amend/correct complaint and a motion to receive a copy
25 of the local rules and copies of their original complaint.  (ECF No. 5, 6).[1]  In those motions,
26 Plaintiffs stated that Plaintiff White has submitted a completed application to proceed *in forma*
27 *pauperis* and that Plaintiff Sexton's application is "pending."  (ECF No. 5 at 1).  Plaintiffs also
28

_____

[1] The two motions are identical.  (*See* ECF No. 5, 6).

1   requested copies of the local rules and copies of their initial complaint for each of them.  (*Id.*).

2   On May 19, 2016, Plaintiff filed another application to proceed *in forma pauperis*.  (ECF No.

3   7).  This application is also incomplete.

4          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, each Plaintiff must

5   complete an application to proceed *in forma pauperis* and attach both an inmate account

6   statement for the past six months and a properly executed financial certificate.  Plaintiff White

7   has not submitted a completed application to proceed *in forma pauperis*, a properly executed

8   financial certificate, or an inmate account statement.[2]  (*See* ECF No. 3).  As such, Plaintiff

9   White's *in forma pauperis* application is denied without prejudice.  Plaintiff White will be

10  granted one final opportunity to cure the deficiencies of his application to proceed *in forma

11  pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff White chooses

12  to file a new application to proceed *in forma pauperis*, he must file a fully complete application

13  to proceed *in forma pauperis*.  If Plaintiff White files another incomplete application to proceed

14  *in forma pauperis*, the Court will dismiss Plaintiff White from the case in its entirety, without

15  prejudice, to file a new case when Plaintiff White is able to acquire the necessary documents

16  to file a complete application to proceed *in forma pauperis*.

17         Plaintiff Sexton's application to proceed *in forma pauperis* is incomplete because she

18  has not included an inmate account statement.  (*See* ECF No. 7).  The Court denies Plaintiff

19  Sexton's application to proceed *in forma pauperis* without prejudice.  Plaintiff Sexton will also

20  be granted one final opportunity to cure the deficiencies of her application to proceed *in forma

21  pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff Sexton files

22  another incomplete application to proceed *in forma pauperis*, the Court will dismiss Plaintiff

23  Sexton from the case in its entirety, without prejudice, to file a new case when Plaintiff Sexton

24  is able to acquire the necessary documents to file a complete application to proceed *in forma

25  pauperis*.

26

27         [2]  The application to proceed *in forma pauperis* is four pages long.  The financial
28  certificate is on page 4 of the application and must be completed by the inmate and a properly
    authorized jail or prison official.

1    With respect to the motion to amend the complaint, the Court grants the motion.  (ECF

2    No. 5).  However, the Court is unclear whether the amended complaint submitted on May 9,

3    2016 (ECF No. 4) is the operative amended complaint.  If the May 9, 2016, amended

4    complaint is the operative amended complaint, Plaintiffs must notify the Court in writing on or

5    before Wednesday, June 22, 2016.  Additionally, if Plaintiffs intend to file a second amended

6    complaint, they must do so on or before Wednesday, June 22, 2016.

7    With respect to the copy of the local rules, the Court grants the motion in part.  The

8    Court directs the Clerk of the Court to send each Plaintiff Sexton and Plaintiff White a copy of

9    the District of Nevada's Local Rules of Practice sections IA Introduction (LR IA 1-1 through LR

10   IA 11-8) and Part V Special Proceedings and Appeals (LSR 1-1 through LSR 6-3).

11   The Court denies Plaintiffs' request for copies of the complaint for each of them.  The

12   Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding

13   *in forma pauperis*.  If Plaintiffs wish to receive copies of electronically filed documents from the

14   Court, the cost is $0.10 per page.  *See* Local Rule IC 1-1(i)(5). If Plaintiffs wish to receive a

15   file-stamped copy of any pleading or other paper, Plaintiffs must include one (1) additional

16   copy for that purpose in their mail filing.

17   **II.      CONCLUSION**

18   For the foregoing reasons, IT IS ORDERED that the applications to proceed *in forma*

19   *pauperis* (ECF No. 3, 7) are DENIED without prejudice to file a new application.

20   IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff White

21   and Plaintiff Sexton each the approved form application to proceed *in forma pauperis* by a

22   prisoner, as well as the document entitled information and instructions for filing an *in forma*

23   *pauperis* application.

24   IT IS FURTHER ORDERED that **on or before Wednesday, June 22, 2016**, Plaintiffs

25   Sexton and White shall either: (1) individually file a fully complete application to proceed *in*

26   *forma pauperis*, on the correct form with complete financial attachments in compliance with

27   28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350

28   filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiffs Sexton or White's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss that plaintiff from the case, without prejudice, for that plaintiff to file a new case when she or he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiffs do not timely file their applications to proceed *in forma pauperis*, dismissal of this action may result.

IT IS FURTHER ORDERED that the motion to amend/correct complaint (ECF No. 5) is granted.

IT IS FURTHER ORDERED that if Plaintiffs intend to file a second amended complaint, Plaintiffs shall file the second amended complaint **on or before Wednesday, June 22, 2016**. If Plaintiffs intend for the amended complaint submitted on May 9, 2016 (ECF No. 4) to be the operative complaint, Plaintiffs must notify the Court in writing **on or before Wednesday, June 22, 2016**.

IT IS FURTHER ORDERED that the motion for copy of local rules (ECF No. 6) is granted in part.  The Clerk of the Court shall send each Plaintiff a copy of the District of Nevada's Local Rules of Practice sections IA Introduction (LR IA 1-1 through LR IA 11-8) and Part V Special Proceedings and Appeals (LSR 1-1 through LSR 6-3).

DATED: This _____ 23rd day of May, 2016.

_____
United States Magistrate Judge

4