**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TONEY ANTHONEY WHITE,

    Plaintiff,

v.

COUNTY OF CLARK NEVADA et al.,

    Defendants.

2:16-cv-00734-RFB-VCF

**ORDER**

**I.    DISCUSSION**

On September 29, 2016, this Court entered an order severing Plaintiffs Toney Anthoney White and Amanda Lea Sexton's cases from each other. (ECF No. 31 at 1-2). In that order, the Court stated that Plaintiff White would proceed as the sole plaintiff in the instant case and that Plaintiff Sexton would proceed as the sole plaintiff in the severed case, 2:16-cv-02289-RFB-VCF. (*Id.* at 4-5).

Plaintiffs now jointly file a motion for leave to file a third amended complaint and a motion for issuance of USM-285 forms for service in the instant case. (ECF No. 33, 34). The Court denies these motions. A review of the proposed third amended complaint demonstrates that Plaintiffs are attempting to proceed jointly in the instant case by filing a joint complaint. (*See* ECF No. 33-1). If Plaintiff White wants to submit a third amended complaint in this case, he may do so by filing the appropriate motion and submitting an amended complaint that only names himself as a plaintiff and provides allegations pertaining only to himself. The court will not parse through any future filed amended complaints to determine which allegations pertain only to Plaintiff White. Likewise, if Plaintiff Sexton wants to submit an amended complaint in her severed case, she may submit an amended complaint that only provides allegations pertaining to herself.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for leave to file proposed third amended complaint (ECF No. 33) is denied.

IT IS FURTHER ORDERED that the motion for issuance of USM-285 forms (ECF No. 34) is denied.

DATED: This 21st day of October, 2016.

_____
United States Magistrate Judge