1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                           DISTRICT OF NEVADA
8                                  * * *
9    TONEY ANTHONEY WHITE,                 Case No.  2:16-cv-00734-RFB-VCF
10                 Plaintiff,                           ORDER
11           v.
12   COUNTY OF CLARK NEVADA et al.,
13                Defendants.
14
15   **I.     DISCUSSION**
16         Plaintiff, who is an inmate in the custody of the Clark County Detention Center
17   ("CCDC"), is awaiting the screening of his third amended complaint (ECF No. 38).  In the
18   meantime, Plaintiff has filed multiple miscellaneous motions that the Court will address
19   now.
20         **A.     Service Motions**
21         Plaintiff has filed five motions related to service (ECF No. 39, 40, 45, 46, 48).  The
22   Court denies these motions as procedurally premature.  The Court will order service when
23   procedurally applicable.
24         **B.     Motion for Reconsideration**
25         Plaintiff files a motion for reconsideration on the Magistrate Judge's order which
26   denied joint correspondence between Plaintiff and inmate, Amanda Sexton.  (ECF No. 43
27   at 1; ECF No. 31 at 2-3).  According to Plaintiff's original motions, the CCDC prohibited
28

1  inmate-to-inmate mail communications absent exceptions that Plaintiff and Sexton do not

2  qualify for.  (ECF No. 31 at 3).

3        The Court denies this motion without prejudice.  Given the volume of motions that

4  have been filed in this case and the issues raised in these motions with respect to how

5  this litigation will proceed.  The Court will set a status conference to review the state of

6  the case with the parties and set a discovery and motion plan to streamline the filing and

7  consideration of motions and discovery issues in this case.

8  **C.**     **Motions for Court Action**

9        Plaintiff has filed two motions for court action to screen his third amended

10  complaint and to address his outstanding motions.  (ECF No. 50, 57).  The Court denies

11  these motions without prejudice as moot. Plaintiff's third amended complaint (ECF No.

12  38) is in line for screening.  The screening process may take several months.  The Court

13  seeks to process the motions in its docket in the order in which they are received with

14  consideration also given to the nature of the motion.

15  **D.**     **Motions for TRO/Preliminary Injunction**

16        Plaintiff has filed identical motions for temporary restraining order ("TRO") and

17  preliminary injunction based on allegations addressed in his second amended complaint.

18  (*See* ECF No. 13, 52, 53).  The Court will consider only the most recent motion and deny

19  the other motions without prejudice as moot given the Court's consideration of the most

20  recent identical motion.  This latest motion will be considered at the hearing set in this

21  order.

22  **E.**     **Motion for Copies**

23        In the motion, Plaintiff states that some of his exhibits in his personal files are

24  missing pages and seeks the Court's permission to have the Clerk of the Court mail him

25  those missing pages for his own records. (ECF No. 59 at 2). The Court denies this motion.

26  The Court cannot provide copies or mailing service for parties, even indigent plaintiffs

27  proceeding *in forma pauperis*.  If Plaintiff wishes to receive copies of electronically filed

28  documents from the Court, the cost is $0.10 per page.  *See* Nev. LR IC 1-1(i)(5).

**II.    CONCLUSION**

For the reasons noted,

IT IS ORDERED that the motions related to service (ECF No. 39, 40, 45, 46, 48) are denied without prejudice as premature.

IT IS FURTHER ORDERED that the motion for reconsideration (ECF No. 43) is denied without prejudice.

IT IS FURTHER ORDERED that the motions for court order (ECF No. 50, 57) are denied without prejudice as moot.

IT IS FURTHER ORDERED that the motions for a temporary restraining order and preliminary injunction (ECF Nos. 13, 52) are denied without prejudice as moot.

IT IS FURTHER ORDERED that a hearing is set for October 10, 2017 at 11L00 AM in LV Courtroom 7D. The hearing will address the Motion for a Temporary Restraining order and Preliminary Injunction (EFC No. 53).

IT IS FURTHER ORDERED that the motion for copies (ECF No. 59) is denied.


DATED: September 29, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE