# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TONEY ANTHONEY WHITE,

Plaintiff,

v.

COUNTY OF CLARK NEVADA, *et al,*

Defendants.

Case No. 2:16-cv-00734-RFB-VCF

**ORDER TO PRODUCE TONEY ANTHONEY WHITE, #8270970**

TO: WARDEN, CLARK COUNTY DETENTION CENTER
LAS VEGAS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TONEY ANTHONEY WHITE, #8270970,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **TONEY ANTHONEY WHITE, #8270970,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, October 13, 2017, at the hour of 3:00 PM, in LV Courtroom 7D to attend a motion hearing in the instant matter, until the said **TONEY ANTHONEY WHITE, #8270970**, is released and discharged by the said Court; and that

said **TONEY ANTHONEY WHITE, #8270970**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 7th day of October, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**