# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONEY WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF CLARK, NEVADA, et al,<br><br>    Defendants. | Case No. 2:16-cv-00734-RFB-VCF<br><br>**ORDER** |

The Court held a status conference in this case on October 13, 2017. The Court has scheduled a hearing in this case for October 24, 2017 at 12:30 PM to discuss the status of this case and Plaintiff White's Motions for a Temporary Restraining Order and Preliminary Injunction based on his medical needs. Therefore,

**IT IS ORDERED** that Defendants will allow Plaintiff White access to his medical file for at least one hour prior to the scheduled hearing on October 24, 2017. The Court finds this to be litigation and personal information which White is entitled to review to prepare his case. Defendants do not have to give Plaintiff White a copy of his medical file, but they must allow him at least one hour to inspect the file prior to the scheduled hearing.

DATED: October 18, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**