# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

TONEY ANTHONEY WHITE,

    Plaintiff,

    v.

COUNTY OF CLARK NEVADA, *et al,*

    Defendants.

Case No. 2:16-cv-00734-RFB-VCF

**ORDER TO PRODUCE
TONEY ANTHONEY WHITE,
#8270970**

TO:    WARDEN, CLARK COUNTY DETENTION CENTER
         LAS VEGAS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TONEY ANTHONEY WHITE, #8270970,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **TONEY ANTHONEY WHITE, #8270970,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, October 24, 2017, at the hour of 12:30 PM, in LV Courtroom 7D to attend a motion hearing in the instant matter, until the said **TONEY ANTHONEY WHITE, #8270970**, is released and discharged by the said Court; and that

said **TONEY ANTHONEY WHITE, #8270970**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 17th day of October, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**