1
2
3
4
5          **UNITED STATES DISTRICT COURT**

6          **DISTRICT OF NEVADA**

7                              * * *

8     TONEY ANTHONEY WHITE,                    Case No. 2:16-cv-00734-RFB-VCF

9                    Plaintiff,
                                               *AMENDED* **ORDER TO**
10          v.                                 **PRODUCE TONEY**
                                               **ANTHONEY WHITE,**
11    COUNTY OF CLARK NEVADA, *et al,*          **#8270970**

12                   Defendants.

13

14        TO:      WARDEN, CLARK COUNTY DETENTION CENTER
                   LAS VEGAS, NV
15                 UNITED STATES MARSHAL FOR THE DISTRICT OF
16                 NEVADA AND ANY OTHER UNITED STATES MARSHAL

17
          **THE COURT  HEREBY  FINDS** that **TONEY ANTHONEY WHITE, #8270970,** is
18
      presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,
19
      Las Vegas, NV.
20

21        **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center,  or his

22    designee, shall transport and produce **TONEY ANTHONEY WHITE, #8270970,** to appear

23    before the United States District Judge at the Lloyd D. George United States Courthouse in

24
      Las Vegas, Nevada, on or about Friday, October 27, 2017, at the hour of 11:00 AM, in LV
25
      Courtroom 7D to attend a motion hearing in the instant matter,   until the said **TONEY**
26
      **ANTHONEY WHITE, #8270970**, is released and discharged by the said Court; and that
27

28

1  said **TONEY ANTHONEY WHITE, #8270970**, shall thereafter be returned to the custody of

2  the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

4      **DATED** this <u>23rd</u> day of October, 2017.

                    _____

                    **RICHARD F. BOULWARE, II**
                    **UNITED STATES DISTRICT JUDGE**