UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AMANDA LEA SEXTON and TONEY ANTHONEY WHITE, | No. 18-70177 |
| | D.C. Nos. 2:16-cv-00734-RFB-VCF, 2:16-cv-02289-RFB-VCF |
| AMANDA LEA SEXTON and TONEY ANTHONEY WHITE, | U.S. District Court for Nevada, Las Vegas |
| Petitioners, | |
| v. | **ORDER** |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| CLARK COUNTY NEVADA; et al., | |
| Real Parties in Interest. | |

The motion filed by the petitioner on February 23, 2018 for voluntary dismissal of this petition is granted. This petition is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7