# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONEY ANTHONEY WHITE, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF CLARK COUNTY, *et al.*, <br><br> Defendants. | 2:16-cv-00734-RFB-VCF <br> **ORDER** |

Before the Court are Plaintiff's Motions for 30 Day Extension of the Time to Furnish US 285 Forms to U.S. Marshal for Service (ECF Nos. 95 and 98).

No opposition has been filed to these motions. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motions for 30 Day Extension of the Time to Furnish US 285 Forms to U.S. Marshal for Service (ECF Nos. 95 and 98) are GRANTED.

DATED this 5th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE