**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

TONEY A. WHITE,

        Plaintiff,

vs.

COUNTY OF CLARK, *et al.*,

        Defendants.

2:16-cv-00734-RFB-VCF

**ORDER**

Before the Court are the following motions:

1. Plaintiff's Motion Directing Digital Disclosure (ECF No. 113),

2. Plaintiff's Motion to Issue Summons and Require Defendants to Answer the Fourth Amended Complaint (ECF No. 148 & 149),

3. Plaintiff's Motion to Amend Third Amended Complaint (ECF No. 151),

4. Plaintiff's Motion for Sanctions and Order Issuing Subpoena Duces Tecum (ECF Nos. 153 & 154),

5. Plaintiff's Motion to Compel Discovery and Request for Sanctions (ECF Nos. 163 & 164),

6. Plaintiff's Motion to Compel Henderson Officer Discovery Compliance (ECF No. 165),

7. Motion to Compel Naphcare Defendants Discovery Compliance (ECF No. 167),

8. Plaintiff's Motion to Strike and for Protective Order and Stay Proceedings (ECF Nos. 175, 176, and 177),

9. Second Motion to Compel Naphcare Defendants Discovery Compliance (ECF No. 179),

10. Plaintiff's Motion to Compel Henderson Officer Discovery Compliance (ECF No.180),

11. Plaintiffs Motion for Protective Order (ECF No. 181),

12. Motion to Compel LVMPD Defendants Discovery Compliance (ECF No. 184).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 1:00 PM, July 2, 2018, in Courtroom 3D.

DATED this 13th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE