# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

TONEY ANTHONEY WHITE,

    Plaintiff,

vs.

COUNTY OF CLARK NEVADA, *et al.*,

    Defendants.

2:16-cv-00734-RFB-VCF

**ORDER TO PRODUCE TONEY ANTHONEY WHITE, #8270970**

TO: WARDEN, CLARK COUNTY DETENTION CENTER
LAS VEGAS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that TONEY ANTHONEY WHITE, #8270970, is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

IT IS FURTHER ORDERED that the Warden of Clark County Detention Center, or his designee, transports and produce TONEY ANTHONEY WHITE, #8270970, to appear before United States Magistrate Judge, Cam Ferenbach, at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Monday, July 2, 2018, at the hour of 1:00 PM, in LV Courtroom 3D to attend a motion hearing in the instant matter, until the said TONEY ANTHONEY WHITE, #8270970, is released

and discharged by the said Court; and that said TONEY ANTHONEY WHITE, #8270970, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

DATED this 13th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE