# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONEY ANTHONEY WHITE,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK NEVADA, *et al.*,<br><br>        Defendants. | 2:16-cv-00734-RFB-VCF<br>**ORDER** |

On May 31, 2018, Plaintiff moved to stay this case pending his transfer from the Clark County Detention Center. (ECF No. 177). On June 14, 2018, LVMPD moved to stay discovery in this case pending a decision on ECF No. 115, its motion to dismiss. (ECF No. 191).

In addition to these two motions, there are 25 other motions pending decision. As both parties are requesting a stay of proceedings, and good cause appearing,

IT IS HEREBY ORDERED that discovery is STAYED in this case pending a decision on ECF No. 115.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proceedings (ECF No. 177) and Defendants' Motion to Stay Case (ECF No. 191) are GRANTED.

The pending motions listed below are denied without prejudice. If this case remains open after a decision on the motion to dismiss, and issues raised by the now denied motions require addressing, the moving party may file a new motion.

1. Plaintiff's Motion Directing Digital Disclosure (ECF No. 113),

2. Plaintiff's Motion to Issue Summons and Require Defendants to Answer the Fourth Amended Complaint (ECF No. 148 & 149),

3. Plaintiff's Motion to Amend Third Amended Complaint (ECF No. 151),

4. Plaintiff's Motion for Sanctions and Order Issuing Subpoena Duces Tecum (ECF Nos. 153 & 154),

5. Plaintiff's Motion to Compel Discovery and Request for Sanctions (ECF Nos. 163 & 164),

6. Plaintiff's Motion to Compel Henderson Officer Discovery Compliance (ECF No. 165),

7. Motion to Compel Naphcare Defendants Discovery Compliance (ECF No. 167),

8. Plaintiff's Motion to Strike and for Protective Order (ECF Nos. 175, 176),

9. Second Motion to Compel Naphcare Defendants Discovery Compliance (ECF No. 179),

10. Plaintiff's Motion to Compel Henderson Officer Discovery Compliance (ECF No.180),

11. Plaintiffs Motion for Protective Order (ECF No. 181),

12. Motion to Compel LVMPD Defendants Discovery Compliance (ECF No. 184).

IT IS FURTHER ORDERED that the hearing scheduled for 1:00 PM, July 2, 2018 is VACATED.

IT IS FURTHER ORDERED that the Order to Produce Plaintiff for a Motion Hearing on July 2, 2018 (ECF No. 189) is VACATED.

The Clerk of Court is directed to send the Warden of Clark County Detention Center and the U.S. Marshal a copy of this Order.

DATED this 15th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE