# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TONEY ANTHONEY WHITE,

    Plaintiff,

v.

COUNTY OF CLARK NEVADA, *et al,*

    Defendants.

Case No. 2:16-cv-00734-RFB-VCF

**ORDER TO PRODUCE
TONEY ANTHONEY WHITE,
#8270970**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TONEY ANTHONEY WHITE, #8270970,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS FURTHER ORDERED** hat the Warden of High Desert State Prison, or his designee, shall transport and produce **TONEY ANTHONEY WHITE, #8270970,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Monday, June 24, 2019, at the hour of 3:30 PM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **TONEY ANTHONEY WHITE, #8270970**, is released and discharged by the said Court; and that

said **TONEY ANTHONEY WHITE, #8270970**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 6th day of June, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**