# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TONEY ANTHONEY WHITE, | |
| Plaintiff, | 2:16-cv-00734-RFB-VCF |
| vs. | **ORDER TO PRODUCE** |
| COUNTY OF CLARK NEVADA, et al., | |
| Defendants. | |

TO: NEVADA DEPARTMENT OF CORRECTIONS; and
TO: WARDEN OF ELY STATE PRISON,
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that **Toney Anthoney White**, **Inmate No. 1214172**, is presently in custody of Ely State Prison, 4569 North State Rt, Ely, Nevada 89301.

IT IS HEREBY ORDERED that the Warden of Ely State Prison, or his designee, shall transport and produce **Toney Anthoney White**, **Inmate No. 1214172**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on **October 11, 2019, at the hour of 10:00 a.m., in LV Courtroom 3D,** to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, Toney Anthoney White, Inmate No. 1214172, is released and discharged by the said Court; and that the said Toney Anthoney White, Inmate No. 1214172, shall thereafter be returned to the custody of the Warden of Ely State Prison, under safe and secure conduct.

DATED this 19th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE