# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONEY ANTHONEY WHITE,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK NEVADA (COCN*), et al.*,<br><br>  Defendant. | 2:16-cv-00734-RFB-VCF<br><br>**ORDER** |

Before the court is LVMPD Defendants' Emergency Motion to Reschedule Hearing (ECF No. 308). Counsel would like to reschedule the October 11, 2019 hearing due to a conflict on his calendar. Id. Henderson Defendants do not oppose. (ECF No. 309).

Accordingly,

IT IS HEREBY ORDERED that LVMPD Defendants' Emergency Motion to Reschedule Hearing (ECF No. 308) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for 10:00 AM, October 11, 2019, is VACATED, and RESCHEDULED to 1:00 PM, November 4, 2019, in Courtroom 3D.

DATED this 25th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE