**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  *Attorneys for LVMPD Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONEY ANTHONEY WHITE,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF CLARK NEVADA (COCN), a municipality incorporated under the State of Nevada; NAPHCARE, an Alabama corporation qualified to do business in the State of Nevada; CITY OF HENDERSON (COHN), a municipality incorporated under the State of Nevada and the County of Clark; CITY OF HENDERSON POLICE DEPARTMENT (HPD), a political subdivision of the State of Nevada and the County of Clark, PATRICK MOERS, Chief of HPD, individually and in his official capacity as Chief of HPD; CORIZON HEALTH, INC., an Tennessee Corporation qualified to do business in the state of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a political subdivision of the State of Nevada, City of Las Vegas and County of Clark; HENRY COKER, EFREN DELACRUZ, MARION HOGAN, MICHAEL POLLARD, DARREN HARDIN, MARCO ALVARDO, VALYON GOINS, CHERI SMITH, D. JONES, AND DOE CORRECTION OFFICERS 1 THRU 10, inclusive, individually and in their official capacities as Correction Officers employed at LVMPD at Clark County Detention Center (CCDC): FRANC CADET, UNKNOWN CLARK, UNKNOWN FERRY, UNKNOWN MENDOZA, UNKNOWN HOPKINS, UNKNOWN COLEMAN, individually and in their official capacities as Corrections Sergeants at CCDC; J. CHAVEZ, JOHN GREGG, MARC SMITH, SALVIDAR | Case Number: 2:16-cv-00734-RFB-VCF<br><br>**ORDER REGARDING MOTIONS HEARING** |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  PAUL ACEVEDO, R. ROBINSON and DOE OFFICERS 11 THRU 20, inclusive, individually and in their official capacities as Officers of COHN, HPD and Henderson Detention Center (HDC): REANY ADAMS AND ANTHONY NISWONGER, individually and in their official capacities as Detectives of HPD and COHN, NAPHCARE LICENSED PRACTICAL NURSES (LPN) ARTHUR EALICIA, LOVELLA MALC-DEM, KODY CARDNER, MESERET GEBREY, ROCHELLE PEOPLES, ANABELLE EVANGELISTA, MARISSA PLAYER, ELIZABETH AKHTAR, LAWANDA MCCLAIN, MICHAEL VU, RUBELLETA YADAO, ELIZABETH ACEVEDO, MICHELLE GONZALES, AMANDA VERTNER, DEBORAH CANTO, MARIAN MURRIEL, QUINITA JACKSON, DEBRA VANDERWAAG, MARINA ALRERTO, CRYSTAL GONZALEZ, REMIELYN MANDING, MESTAWOTE TILAHUN, LARRY HALL AND FREDERICK LATIA; NAPHCARE REGISTERED NURSES ASHLEY ELIZABETH KOMACSAR AND HORACE TADEO; NAPHCARE PHYSICIANS LARRY DEAN WILLIAMSON AND DOES 12 THRU 14; CORIZON PHYSICIANS RUBIN SAAVEDRA AND TERESA CALDWELL; CORIZON NURSES DOES 15 THRU 20; AND DOES 21 THRU 35, inclusive,

Defendants.

## ORDER REGARDING MOTIONS HEARING

This matter, having come before the Court on November 4, 2019, for a hearing on various Motions, and the Court, having reviewed all of the papers and pleadings on file in this matter, and having considered the points and authorities thereof, and for good cause shown:

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LVMPD Defendants' Motion for Leave to Depose Plaintiff Outside of Discovery and to Re-Set Dispositive Motion Deadlines in Accordance with Date of Deposition (ECF #279) is **GRANTED** to the extent that Plaintiff's deposition will be taken on January 7, 2020, commencing at 10:00 a.m., at High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070. Dispositive Motions shall be filed no later than February 3, 2020, oppositions to

any dispositive motion shall be due March 19, 2020 and relies thereto shall be due no later than April 9, 2020. It is further ordered that Proposed Joint Pretrial Orders will be due 30 days after a decision on dispositive motion(s) is filed;

2. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that LVMPD Defendants' Motion for Leave to Depose Plaintiff Outside of Discovery and to Re-Set Dispositive Motion Deadlines in Accordance with Date of Deposition (ECF #282) is **STRICKEN** as duplicative; and

3. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Court Order Directing HDSP Officials to Permit Plaintiff Ability to Copy Legal Materials (ECF No. 286) is **GRANTED** to the extent Nevada Department of Corrections is credit Plaintiff $50.00 to his inmate copy account for purposes of Plaintiff copying his medical file;

## ORDER

IT IS SO ORDERED this 23rd day of December, 2019.

_____
~~DISTRICT COURT JUDGE~~
Cam Ferenbach
United States Magistrate Judge

Respectfully Submitted By:
MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*