CHAD C. COUCHOT, Bar No. 12946
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

KIM MANDELBAUM, Nevada Bar No. 318
MANDELBAUM ELLERTON & ASSOCIATES
2012 Hamilton Lane
Las Vegas, Nevada 89106
Telephone: (702) 367-1234
Facsimile: (702) 367-1978

Attorneys for Defendants NAPHCARE, INC., LARRY WILLIAMSON, M.D., ASHLEY KOMACSAR, and ARTHUR GALICIA

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY ANTHONY WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK NEVADA (COCN), a Municipality Incorporated under the State of Nevada; NAPHCARE, an Alabama Corporation qualified to do business in the State of Nevada; et al.,<br><br>Defendants. | No. 2:16-cv-00734<br><br>**STIPULATION AND ORDER TO DISMISS ASHLEY KOMASCAR WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the above-entitled matter be dismissed with prejudice as to Defendant ASHLEY KOMASCAR only with each party to bear their own fees and costs.

Dated: January 30, 2020                              Dated: February 06, 2020

/s/ Chad C. Couchot
CHAD C. COUCHOT, ESQ.                         Toney Anthony White (1214172)
Nevada Bar #: 12946                                   High Desert State Prison
SCHUERING ZIMMERMAN & DOYLE, LLP    Plaintiff IN PRO PER
Attorneys for Defendant ASHLEY KOMASCAR

| | |
|---|---|
| Dated: January 15, 2020 | Dated: January 30, 2020 |
| /s/ Nick Crosby<br>Nick Crosby, ESQ.<br>Nevada Bar #: 8996<br>MARQUIS AURBACH COFFING<br>Attorneys for Defendants LVMPD | /s/ Nancy D. Savage<br>Nancy D. Savage, Esq.<br>Nevada Bar #: 392<br>CITY ATTORNEYS OFFICE<br>Attorneys for Defendants CITY OF HENDERSON, J. CHAVEZ, R. ROBINSON, RYAN ADAMS, ANTHONY NISWONGER, M. SMITH AND ACEVEDO |

Based on the stipulation of the parties, Defendant ASHLEY KOMASCAR is hereby dismissed with prejudice. IT IS SO ORDERED:

IT IS ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of February, 2020.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | Pursuant to NRCP 5(b), I certify that the foregoing: |
| 3 | **STIPULATION AND ORDER TO DISMISS ASHLEY KOMASCAR WITH** |
| 4 | **PREJUDICE** |
| 5 | Was served by mailing a copy thereof, first class mail, postage prepaid, |
| 6 | on the 10th day of February, 2020, addressed as follows: |

| Attorney | Representing | Phone/Fax/E-Mail |
|---|---|---|
| Toney Anthony White (1214172) High Desert State Prison P.O. Box 650 Indian Springs, NV 89070 | Plaintiff | |

_____
An employee of Schuering Zimmerman & Doyle, LLP
1737-11400

-1-