# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TONEY ANTHONEY WHITE,

    Plaintiff,

    v.

COUNTY OF CLARK NEVADA, *et al,*

    Defendants.

Case No. 2:16-cv-00734-RFB-VCF

**ORDER TO PRODUCE TONEY ANTHONEY WHITE, #1214172**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TONEY ANTHONEY WHITE, #1214172,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **TONEY ANTHONEY WHITE, #1214172,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Thursday, February 27, 2020, at the hour of 9:00 AM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **TONEY ANTHONEY WHITE, #1214172**, is released and discharged by the said Court;

and that said **TONEY ANTHONEY WHITE, #1214172**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 14th day of February, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**