UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TONEY ANTHONEY WHITE,

Plaintiff,

v.

COUNTY OF CLARK NEVADA, et al.,

Defendants.

Case No. 2:16-cv-00734-RFB-VCF

AMENDED ORDER

## I. INTRODUCTION

On February 27, 2020, the Court stated it would order the Nevada Department of Corrections ("NDOC") to provide Plaintiff medical discs that were confiscated upon Plaintiff's transfer to High Desert State Prison on March 29, 2019, and which Plaintiff states are necessary in order for him to litigate this case. ECF No. 379. The Court issued the order on March 6, 2020. ECF No. 384. In particular, the Court directed NDOC to file a Notice of Compliance within one week of date of the order. Id.

On March 18, 2020, the Court noted NDOC had failed to comply with this order and ordered NDOC to file a Notice of Compliance by March 20, 2020, or the Court would issue a show cause order.

NDOC has again failed to comply with the Court's order.

//
//
//
//
//

1    **IT IS THEREFORE ORDERED** that the Nevada Department of Corrections must show cause within fourteen (14) days of this order why it has failed to comply with the Court's order (ECF No. 384). If there is no response to this order, the Court will impose sanctions for the failure to respond or comply.

**IT IS FURTHER ORDERED** that that the Clerk of the Court shall serve copy of this amended ORDER, along shall be mailed via U.S. mail to the Nevada Department of Corrections (NDOC) at:

    Nevada Department of Corrections

    5500 Snyder Avenue, Bldg. 17

    P.O. Box 7011

    Carson City, Nevada 89702

**IT IS FURTHER ORDERED** that the clerk is directed to serve a copy of this amended order to counsel for the Attorney General's Office for the District of Nevada via email transmission.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Emergency Hearing on Missing Evidentiary Discs (ECF No. 392) and Motion for Hearing re: Production of Property (ECF No. 397) are **DENIED** without prejudice. The Court will determine the necessity of a hearing based upon NDOC's response to this order.

DATED April 6, 2020.

                                                  **RICHARD F. BOULWARE, II**
                                                **UNITED STATES DISTRICT JUDGE**