# CLARK COUNTY DETENTION CENTER
## INMATE HANDBOOK
### TABLE OF CONTENTS

| | |
|---|---|
| Introduction | 4 |
| General Information | 5 |
| Pretrial Release Options | 5 |
| Inmate Rights and Privileges | 6 |
| Expected Behavior | 7 |
| Security/Count/Inspections | 8 |
| Lockdowns | 8 |
| Telephone Usage | 9 |
| Services | 10 |
| Foreign Nationals/Resident Aliens | 10 |
| Classification | 10 |
| House Arrest | 11 |
| Living Quarters | 11 |
| Direct Inmate Supervision Units | 12 |
| Bulletin Board Information | 12 |
| Commissary | 13 |
| Wristbands | 13 |
| Legal Supplies | 14 |
| Postal Service | 14 |
| Inmate Funds | 18 |
| Tobacco-Free Facility | 20 |
| Visitation | 21 |
| Inmate Security Advisement | 22 |
| Movement | 23 |
| Contraband | 23 |
| Clothing and Linen Exchange | 24 |
| Barber Shop | 24 |
| Library/Legal Library | 24 |
| Recreation Yard | 25 |
| Religious Services | 26 |
| Counseling and Education Services | 26 |
| Food Service | 26 |
| CCDC Resource and Re-Entry Program | 28 |
| Medical Service | 30 |
| Personal Hygiene | 33 |
| Grievances | 34 |
| Housing Unit Rules | 34 |
| Disciplinary Procedures | 39 |
| Rule Violations | 40 |
| Sexual Assault Information | 45 |
| Sexual Conduct | 47 |

3

LVMPD 000534

## INTRODUCTION

The Clark County Detention Center (CCDC), utilizes a concept of incarceration with an appreciation for your needs and the needs of the community. CCDC has incorporated ideas from several successful institutions throughout the nation. The two key concepts that underlie all activities are personal safety and assumption of positive, rational behavior.

This handbook is provided to help answer most questions you may have during your stay in CCDC. Specific questions may be directed to a staff member. We are sure it will enhance your understanding of the daily functions of the detention center and make your stay here more comfortable.

Our responsibility is for your personal safety during your stay. Your responsibility is to comply with the regulations of the institution and directives of staff members. Some regulations may seem restrictive to you; however, they are necessary to maintain a secure and humane environment.

The staff at CCDC shall assume that your behavior will be positive and rational. Your privileges will not be lost unless your behavior causes them to be. It is our belief that positive and responsible behavior should bring more privileges and free time.

This handbook is the property of CCDC. You can request the hand-book from the housing unit officer during free time. Loss or damage of the handbook may cause a delay in your release. If you lose the handbook, notify the housing unit officer immediately. You will be required to pay for the replacement of this book if it is lost or dam-aged.

*Note: The policies, procedures, rules and regulations described within this handbook may change from time to time with or without notice, and their inclusion herein shall not be construed to create a liberty or property interest of any kind.*

4

LVMPD 000535

**GENERAL INFORMATION**

When you were booked into the custody of CCDC, an Inmate ID number was assigned to you. This number will identify you for as long as you are in jail. It is your responsibility to memorize your Inmate ID number. It will help us and you identify and locate your personal property and any issues that are of importance to you.

You will remain in CCDC until you post a bond, your case is disposed of by a judge, or your sentence is completed. Legal questions about your case are best answered by your attorney or public defender. If you are sentenced to serve one year or less, you will serve your sentence at CCDC. If your sentence is more than one year, you will be transferred to the State Department of Corrections (NSP), providing that all outstanding charges have been resolved.

**PRETRIAL RELEASE OPTIONS**

Pretrial Services interviews inmates to determine if they are qualified for OR (Own Recognizance) release.

Money orders from Western Union Quick Collect will be accepted for bail. The payer may contact 1-800-325-6000 to find the nearest Western Union agent to them. The Western Union agent will advise the caller of the cash transaction amount. It does ensure same day receipt of the money. The agent needs to note on the money order:

        Pay to : Justice Court LV Township
        Code City: LVTOWNSHIP
        State: NV

Pretrial Services also has the ability to accept VISA, Master Card and ATM Debit transactions for bail up to $10,000 U.S. currency only.

All licensed companies that post Bail Bonds are posted on a list in all housing units.

5

LVMPD 000536

# INMATE RIGHTS & PRIVILEGES

You have the right to humane treatment. You can expect to be treated with respect, impartiality and fairness.

You have the right to freedom of religious affiliation and voluntary religious worship.

You have the right to proper health care, including nutritious meals, clean bedding and clothing, the opportunity for regular showers, proper ventilation, regular exercise, toiletries, and medical and dental treatment.

You have the privilege to visit and correspond with your family and friends and to correspond with members of the news media, in keeping with the facility rules and schedules.

You have the right to be informed of the rules, regulations, procedures and schedules that directly affect you during your incarceration.

Your rights are protected by law and cannot be taken away from you. However, it may become necessary to modify your rights to ensure the rights of all inmates and for the safety and security of the Detention Center.

All services and functions that are not listed as inmate rights are in-mate privileges. Your privileges are maintained by positive and cooperative behavior. Negative or uncooperative behavior may result in the loss of privileges.

6

LVMPD 000537

# EXPECTED BEHAVIOR

It is our expectation that you will comply with our rules, regulations and behavioral guidelines while you are in the Detention Center.

WE EXPECT YOU TO:

❖ FOLLOW ALL RULES AND REGULATIONS

❖ FOLLOW ALL STAFF DIRECTIVES AND REQUESTS

❖ RESPECT THE DETENTION CENTER PROPERTY AND THE PERSONAL PROPERTY OF OTHERS

❖ MAINTAIN YOUR ASSIGNED CELL/BUNK AND SURROUNDING COMMON AREA IN A CLEAN, ORDERLY AND SANITARY FASHION

❖ MAINTAIN DAILY PERSONAL HYGIENE STANDARDS

Unacceptable behavior will result in being charged with a violation of in-house rules and will fall into a formal or informal violation category. In addition, it may result in additional criminal charges and prosecution.

7

LVMPD 000538

## SECURITY/COUNTS/INSPECTIONS

For security and safety, the staff will conduct scheduled and unscheduled head counts to verify the presence of all inmates. Your cooperation is expected and you will be required to return to your assigned cell/bunk or designated area during counts.

When you return to your cell/bunk or designated area, you will be required to remain in plain view so that you can be identified. Talking to or otherwise distracting the officer conducting the head count is a rule violation that may subject you to disciplinary sanctions.

In addition to the daily scheduled hygiene and safety inspections, the staff may find it necessary to conduct an unscheduled inspection of your cell/bunk and housing unit. Any contraband items found will be confiscated. For definition of contraband see page 23. You will be required to cooperate with the staff conducting the inspections, and you do not have the right to be present during the inspection. If contraband is found in your possession, you can be subject to disciplinary sanctions.

Your person and property are subject to search while in the CCDC. This includes, but is not limited to, pat searches and unclothed searches at any given time during your incarceration.

## LOCKDOWN

The facility can be placed on lockdown for various reasons. During this time inmate movement will be minimal in the unit. The housing unit officer will provide a briefing explaining that inmates will remain on their bunks and must ask for permission to use the restroom or get a drink of water.

8

LVMPD 000539

**TELEPHONE USAGE**

Telephones are located in your day room area. All phone conversations are subject to being monitored excluding attorney-client privilege. A prompt informs both parties that the call is being recorded and may be monitored by department personnel prior to call acceptance.

If you are assigned to administrative, disciplinary or the medical housing units, you will be permitted access to the telephone during your scheduled out of cell time, after you clean your room.

Public Defender's phone numbers are available from the Housing Unit Officer. You must know the name of your Public Defender to be given the phone number.

For information on how to use the inmate phone system refer to the inmate bulletin board, the unit information book or ask your housing unit officer.

There will be NO loitering in the telephone area.

**If you are deaf or hard of hearing, LVMPD will provide TDD and/or other auxiliary aids and services free of charge. Please ask for assistance by contacting CCDC Personnel.**



9

## SERVICES

Hearing Assistance: To ensure effective communication with inmates who are deaf or hard of hearing, we provide appropriate auxiliary aids and services free of charge, such as: sign language, oral interpreters and Telecommunication Device for the Deaf (TDD) equipment.

Language Line Services: The Clark County Detention Center provides access to over-the-phone interpretation for non-English speaking persons detained in the facility. Contact your housing unit officer.

## FOREIGN NATIONALS/RESIDENT ALIENS

Inmates, whose citizenship lies outside of the United States, have the right to communicate with their respective consulate. All foreign nationals are entitled to consular notifications and access, regardless of their visa or immigration status in the United States. Upon your request, or if you are a national of a nation requiring mandatory notification, immediate notification will be made to the nearest consul or official of that nation, informing them of your holding/arrest. Additionally, at your request, you may be provided with embassy contact telephone numbers for future communication.

## CLASSIFICATION

During your stay, you may be moved several times to various housing locations that benefit you or our jail. No housing assignment is permanent. When you are advised to move by the officer, you must comply with his/her order. Refusing to follow a staff member's order may result in disciplinary actions. If you have a problem with your move, you may submit an Inmate Request/ Grievance Form to Classification after you have arrived at your new location. The request will be responded to in a timely fashion.

10

## HOUSE ARREST

Basic House Arrest Eligibility:

- Must be sentenced to CCDC/Court Ordered
- Must have an acceptable residence
- Must have basic landline phone service OR an activated cellular phone
- Must not be barred from House Arrest by sentencing Court, i.e., sentenced to flat time

Background Investigation must not reveal:

- Open charges, detainers or warrants
- Extensive violent/criminal history
- Crimes of a sexual nature
- Any current or recent Battery Domestic Violence charges (excluding court orders)
- A pattern of negative behavior in the CCDC

If you think you qualify for the House Arrest Program, please send an Inmate Request/Grievance Form to House Arrest requesting consideration. There is a monetary fee for program participation.

## LIVING QUARTERS

The cell or dormitory area you are assigned to is your living area. You will be provided cleaning supplies daily for the purpose of maintaining your living quarters in a clean manner. The officer assigned to your housing unit will inspect your living area daily. It will be your responsibility to keep the area assigned to you in a neat and orderly appearance during non-sleeping hours. Blankets and sheets are issued solely for the purposes intended. Blankets and sheets are to remain on your mattress, except when officers are conducting linen exchange.

**Lighting, vents and windows will remain unobstructed at all times. Placing items over lights, vents and windows will *not* be tolerated.**

11

LVMPD 000542

No items are to be attached to the cell walls—walls will be bare and the defacing of walls, windows and doors is prohibited (i.e., graffiti).

Report any problems with your cell or dormitory area (i.e., inoperable plumbing, lighting, etc.) to the housing unit officer so that he/she can submit a maintenance work order in a timely fashion.

## DIRECT SUPERVISION UNITS

Direct supervision units encourage interaction between staff and inmates. The most important factors in determining which inmates are assigned to these units are classification level and institutional behavior. If you consistently demonstrate the ability to conform to the rules and regulations of the facility and maintain your behavior in a manner consistent with the direct supervision approach, you may be selected for placement into these units. If you display insolent, disruptive, or violent behavior, you will not be eligible for these housing assignments.

Upon being housed in a direct supervision unit, you will be oriented on the rules of direct supervision. If you choose not to abide by these rules you will be removed from the direct supervision unit and reassigned. Depending on the rule violation, disciplinary action may be taken against you. This may affect your classification status and housing location assignment. Remember, YOU are responsible for your behavior and actions.

## BULLETIN BOARD INFORMATION

Each housing unit has a bulletin board displaying activities scheduled for that housing unit as well as other information relevant to your stay while in custody. In addition, each module has a unit information book with pertinent information located at the officer's desk, which you may request to review.

12

LVMPD 000543

## WRISTBANDS

Wristbands will be issued to each inmate being moved to a housing unit from the booking floor. Inmates will be subject to disciplinary sanctions, including being charged a replacement fee, for:

- Tampering with;
- Destroying;
- Removing the wristband from their person.

If a wristband becomes damaged due to normal wear, the inmate must notify their housing unit or transporting officer immediately or they may be subject to discipline and charged a replacement fee.

## COMMISSARY

Commissary purchases will be made available to you once per week in accordance with your housing unit schedule. You may obtain a Commissary Order Form from the housing unit officer. The Commissary Price List and delivery schedules are posted in each housing unit. Changes to selections or prices will be posted as needed.

You may purchase a set limit worth of commissary items twice a week. It is your responsibility to check your items prior to signing for your delivery. You will not be allowed to exchange or trade commissary items after your transaction has been processed. You are not allowed to have more than twice the single purchase limit of commissary at any time. When an inmate fraudulently obtains or steals a commissary order and is found guilty of the offense per Conduct Adjustment Board (CAB), he or she will be charged for the commissary order even if the items are confiscated as the items cannot be resold.

You will only be allowed to make purchases from your personal commissary account. You will not be allowed to make purchases for other inmates or transfer funds to another inmate's commissary account. Any exceptions must be approved by the bureau lieutenant or above.

13

## LEGAL SUPPLIES

Inmates may order legal supplies from Commissary. Legal supplies consist of tablets, pens, and manila envelopes. These supplies are distributed to inmates for legal purposes ONLY. Your account will be charged for these items. If you do not have sufficient funds, an obligation will be created on your account.

Indigent inmates may order a Legal Kit which includes:

- One tablet monthly
- One pen monthly
- Five manila envelopes every thirty days

Legal entities are: Any court, attorney, legal organization (ACLU, NAACP, etc.), prison official, police department or government agency pertaining to your legal case. Legal addresses may be obtained from the library by submitting an Inmate Request/Grievance Form.

Manila envelopes issued for legal purposes may not be altered for personal use. Legal envelopes which are altered or obtained from another inmate will be rendered void and returned to the inmate.

## POSTAL SERVICE

Incoming mail will be delivered daily (except weekends and holidays). All outgoing mail, to include legal mail, will be given to the housing unit officer unsealed. The housing unit officer will inspect and ensure that the mail is sealed. It will be collected daily and picked up by the US Postal Service (except weekends and holidays). All incoming mail will be opened and searched for contraband prior to delivery with the exception of correspondence from attorney's which is clearly marked "legal mail." All legal mail will be opened in the inmates presence and searched for contraband.

14

LVMPD 000545

Inmate-to-inmate mail is prohibited at CCDC. If you have an immediate family member, e.g. spouse, sibling, parent/child, grandmother or grandfather, incarcerated at CCDC you must complete a DSD Inter-Relation Inmate Mail request and have it approved by the floor sergeant. Both inmates must give consent to the request. If the request is denied, the inmate will follow the grievance procedure in the handbook, and direct it to the CBB Administrative Lieutenant. It is the inmate's responsibility to provide proof of the requested relationship.

Our mailing address is:

NAME, ID #
CLARK COUNTY DETENTION CENTER
330 SOUTH CASINO CENTER BLVD.
LAS VEGAS, NV 89101

There is no limit on the amount of outgoing personal mail you may send provided the envelope weighs less than one ounce and is machinable (no extra postage is allowed). If you are sending mail outside the United States, the envelope must weigh less than one ounce and be machinable; you must also provide a Money Release Form to pay for the extra postage. There is no limit on the amount of outgoing legal mail. If the envelope requires extra postage, the inmate must provide a Money Release Form. Pre-stamped envelopes may be purchased through the Commissary. You must include your name and the facility address on the front of all outgoing mail. Certified or registered mail is not a service provided to inmates.

Publications acceptable for distribution to inmates include magazines, periodicals, soft-covered books and newspapers mailed directly from a publisher or commercial dealer of the same type and content available to all inmates of the CCDC. Items from a commercial dealer must clearly identify the contents. Pornographic material of any kind will not be allowed or accepted.

15

LVMPD 000546

## OUTGOING MAIL

If an inmate attempts to send out a letter without purchasing the stamped envelope through Commissary, the envelope will be rendered void and returned to the inmate.

Return address must be on all outgoing mail as follows:

Name, ID #
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

Any piece of outgoing legal or social mail in which the sender cannot be identified will be destroyed without further processing.

Packages: Will not be accepted without prior approval of the responsible bureau lieutenant and notification made to the Business Office.

All incoming mail will be permitted excluding the following:

1.   Un-cancelled stamps, blank stationery or cards and envelopes not addressed to inmate.

2.   Nude, partially nude, or sexually explicit photographs exposing genitalia, breasts, buttocks, or any sexual act.

   **"Nude" is described as follows:**

- The showing of the female breast with less than a fully opaque covering of any portion of the areola and nipple;
- The showing of the human male or female genitals or pubic area with less than a fully opaque covering of any portion thereof; or
- The depiction of the human male genitals in a discernible turgid state whether or not covered.

16

LVMPD 000547

3.  Obscene literature, e.g., depicting or advocating deviant sexual activity, including but not limited to sadism or other unlawful or violent sexual practices.

4.  Any item, materials or literature that is viewed as a valuable commodity among inmates which causes a disruption of the safety and security by its mere presence in a housing unit.

5.  Any item, materials, or literature that encourages illegal acts or violent behavior.

6.  Any item, materials or literature that could be used to circumvent or subvert the safety and security of this facility or otherwise pose a threat to the staff or inmates.

7.  Any article that could be considered a health hazard.

8.  Cards, letters, or photographs that are glued, taped or stapled together (to be placed in the inmate's property).

9.  Cards or photographs larger than 6" x 8" (to be placed in inmate's property); acceptable-sized photos limited to 15.

10. Currency, e.g., paper money, coins, checks, money orders, casino chips, etc. (to be placed on inmate's account or in his property).

11. Any article containing or having been marked with any substance (s) not readily identifiable as being acceptable.

12. Any item received into the facility that is fraudulently marked as legal or official mail.

(For a complete listing of mail guidelines see the module bulletin board)

17

LVMPD 000548



## INMATE FUNDS

It is the responsibility of the person depositing funds (known as the remitter) to provide complete and correct information. Funds will be deposited to the account of the inmate selected by the remitter. The CCDC is not liable for funds deposited to an incorrect account. Transactions will be posted to the inmate's account within 24 hours.

Funds may be deposited to an inmate's trust account in the following ways:

Credit/Debit Card Transactions to an Inmate's Trust Account:

- Online at www.touchpaydirect.com
- Over the telephone at 1-866-232-1899

Cash Transactions to an Inmate's Trust Account:

- Cash funds may be deposited in a kiosk located in the CCDC lobby.
- The information required to make a deposit:

  Clark County Detention Center Facility #289101
  Inmate Name
  Inmate ID#

Mail:

Acceptable funds may also be sent through the U.S. mail for place-ment on an inmate's account. All funds for inmates must be sent to:

Inmate Name and ID# (must be on envelope)
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

18

LVMPD 000549

Checks or Money Orders:

It is the policy of the Division to accept any money order for placement on an inmate's account:

- Money orders should be made payable to "CCDC Inmate Trust Account."
- The inmate's name and ID# should appear somewhere on the money order.
- Any outdated or altered money order will not be accepted for deposit onto the inmate's account.
- Personal checks, cashier's checks and checks issued from businesses (such as Payroll checks) are NOT ACCEPTABLE for deposit on the inmate's account.
- US Treasury Checks (for Social Security, Tax Refunds, Disability, etc.) are NOT ACCEPTABLE for deposit on the inmate's account.
- All acceptable funds sent via mail will be posted to the trust accounts of inmates who are housed at CCDC within one business day (excluding weekends and holidays) of receiving the funds in the Business Office.

19



## MONEY RELEASES

- An inmate may release funds from his or her account to a legal entity or legitimate business only.
- An Inmate Money Release form may be obtained from the housing unit officer.
- All Inmate Money Release forms must be filled out completely and signed in the presence of a corrections officer. The corrections officer must also sign the Inmate Money Release form.
- All money releases to a legitimate business are held for 24 hours before the funds may be released.
- If applicable, an inmate must provide an unsealed, addressed envelope for mailing a check.
- An inmate may release funds from his or her account to a bail bondsman, for court fees, or to an attorney without a 24 hour hold.

*An inmate may not transfer funds from his or her account to the account of another inmate.*

## TOBACCO-FREE FACILITY

The CCDC instituted a policy of eliminating the use of tobacco products within the facility. No person will be allowed to bring tobacco products or flame producing devices into the facility. This policy affects inmates and applies to all areas within the facility.

20



LVMPD 000551

## VISITATION

You will be allowed visiting privileges consistent with your behavior.

South Tower and North Valley Complex general population inmates and sentenced workers may receive three social visits per week. North Tower general population inmates may receive two social visits per week. All inmates in special housing units shall inquire with their housing unit officer regarding their visits.

Visiting shall be restricted only by limitations caused by space, personnel availability, classification and disciplinary actions. All visitors are subject to a search based upon probable cause to believe that the visitor is carrying, or attempting to conceal, substance, articles or materials which would be considered contraband if they were introduced into the secure confines of the facility. There will be no visiting during meals and lockdown for count, except when dictated by special circumstances and approved by the responsible bureau commander or his/her designee. All phone conversations are subject to being monitored excluding attorney-client privilege.

Inmates will not be pulled from an activity/program and given the option for a social visit.

Be aware that visiting space is limited in each area, you may receive two visitors simultaneously. Visitors must be at least 18 years of age. Any visitor under 18 years old must be accompanied by a responsible adult. Minors who are spouses of inmates must show proof of marriage unless otherwise approved by the sergeant or above. Minors accompanying adults must remain with the adult at all times. Minors will not be left in the lobby area unattended. Babies that can be carried are not counted as visitors.

Only one inmate per visiting booth at a time. More than one inmate found in a visiting booth may result in termination of the visit and disciplinary sanctions may be imposed.

21

LVMPD 000552

Visitors must initially register in person at CCDC. Visitors must have an email address and proper ID and will not be allowed a visit for 24 hours after registration. After registering, visitors may either sign up for visits using the kiosks in the lobby of CCDC, or from a home computer, to schedule a visit. It is the inmate's responsibility to check the posted housing unit visiting schedule and to be aware of the visiting time for his/her scheduled visit.

You may receive daily contact visits from your attorney as necessary. There are no restrictions as to the number of attorney visits you may have or their duration with the exceptions of the established visiting hours or during a declared facility emergency. If you are assigned to administrative or disciplinary housing, you will be permitted contact and non-contact legal visits, unless restricted by Classification or a Conduct Adjustment Board.

Inmates will be allowed to carry legal work and a pencil to legal visits whether contact or video.

**\*\*INMATE SECURTIY ADVISEMENT\*\***

To increase staff and inmate safety, the following policy will be followed:

When officers are responding to an emergency (i.e., fight, medical emergency, housing unit disturbance, etc.), you will be required to quickly move to the nearest wall and you are not to move until further direction is given.

This is to ensure that staff can easily identify those involved in an altercation. Inmates who do not respond quickly to the direction of staff will receive disciplinary actions.

22

LVMPD 000553

## MOVEMENT

Upon leaving your cell to go into the day room, shower, recreation yard, visiting area or any other area of the Detention Center for any purpose, you will be fully dressed. Tennis shoes are only to be worn in the recreation yard. Tennis shoes will not be worn to court.

You shall proceed in an orderly manner directly to the designated area after authorization from your housing unit officer or designated supervisor. There is a red line on the floor in the North Tower Bureau; you will not go past this line unless you have been given permission by the corrections officer. During movement within the facility, walk on the right side of the red line in the hallway or with your right shoulder near the wall. Communication with other individuals outside your housing unit will be limited to facility staff.

At the conclusion of your activities, you will return to your assigned housing unit, reversing the steps in the movement process.

## CONTRABAND

You are prohibited from having in your possession or under your control, including in your cell/bunk area, any item (s) that are not:

- Issued to you by the CCDC.
- Purchased by you through the Commissary.
- Otherwise authorized to you by the Detention Center's Administration in writing.

Any issued or authorized item that is used in an inappropriate manner, i.e. modification of forms, altered from its original condition, or possessed in unauthorized quantity, will be considered as contraband and you will be disciplined. Contraband will be disposed of by the floor sergeant.

23

LVMPD 000554

## CLOTHING AND LINEN EXCHANGE

When you are housed, you will be given facility clothing and bedding. It is your responsibility to take care of that clothing and bedding. Do not accept items that are damaged. If you are found with damaged/missing articles in your possession, you will be disciplined, criminal action may be taken against you, and you will be required to pay for the damaged items. Notify staff immediately of any damaged or missing items, which will be exchanged. Clothing exchange will be held once per week. Clothing and linen exchange schedules are posted in each housing unit.

## BARBER SHOP

Inmates may request to use the barber shop tools based on their housing unit schedule by submitting an Inmate Request/Grievance Form from the housing unit officer.

## LIBRARY

This facility maintains general library services for inmate use. The library operates Monday through Friday, except holidays. All general population housing unit day rooms will contain recreational and educational books and religious reading material. Inmates housed in max and medical isolation (2H) must request books and reading material through the housing unit officer. The library staff will replace books on the bookcase in your housing unit once a week.

You may request books, not located on the bookcase shelves, by completing an Inmate Request/Grievance Form and forwarding it to the library staff.

## LEGAL LIBRARY

All inmates will have access to mobile kiosks in their housing units, on a weekly rotating basis, for legal research. Inmates may submit their request to the Legal Library by submitting an Inmate Request/Grievance Form.

24

Requests will be answered by the Legal Library staff at the rate of two per week. When the library receives multiple requests from one inmate, they will be answered in the order received, two per week until completed. Material will be returned within 72 hours (not including weekends) from the time the library receives the request form.

A maximum of 25 pages of legal research will be delivered to the inmate twice per week, with the remainder of larger requests delivered on the following delivery day. Inmates will be charged 15 cents per page for all copies of legal material. The Legal Library will not deny copies of legal material to indigent inmates.

Inmates may send legal material (motions, exhibits, attorney correspondence or letters to the court) directly related to the inmate's own case to the library for copies.

No more than five copies of each page of a writ, motion or letter directly related to the inmate's own case will be made, except where court rules provide otherwise. A charge of 15 cents per page will be assessed to the inmate's account for material that an inmate has sent to the library for copies.

Books and materials, other than those provided or authorized by staff, will remain in the Legal Library.

## RECREATION YARD

You may have access to the outdoor recreation area any time you are not on lockdown status and/or are scheduled to use the yard. The yard must be left clean after each use. You are allowed to take a book and/or one towel; this includes both male and female inmates.

The recreation yard may be closed due to lack of corrections personnel or inclement weather.

25

LVMPD 000556

**SERVICES**

Religious Services:

The religious programs provide for services and counseling to all inmates regardless of denomination of faith. The religious coordinator will coordinate with various religious volunteers from the community to perform these services.

Services will be held weekly, and the facility chaplain will make regular visits into your housing unit to advise you of the religious services available and to arrange for one-on-one counseling with an authorized religious volunteer if you request.

If you are assigned to administrative segregation, disciplinary segregation or the medical housing units, the facility chaplain may arrange religious services for you on an individual basis.

Counseling and Education Services:

Various counseling, educational and substance abuse programs are available to qualified individuals. You may elect to participate in educational classes ranging from high school equivalency to substance abuse programs, i.e., Chemical Dependency, etc.

You may complete an Inmate Request/ Grievance Form listing the program you wish to participate in and forward the form to your housing unit officer. All requests will be promptly forwarded to program coordinator classification officer in charge of programs for evaluation.

Food Service:

The CCDC and NVC kitchens will prepare three meals daily (at least two meals being hot during normal operations). All menus are prepared by the food services manager and certified by a registered dietitian at least 30 days in advance. The food services manager may change the menu at his/her discretion.

26

LVMPD 000557

All meals will be served in your housing unit and eaten in the day room area. If you are restricted to your bunk/cell for medical reasons, administrative reasons or disciplinary sanctions, your meals will be served to you in your bunk/cell.

Should you require a special diet due to medical reasons it will be ordered for you by the Medical Services Section. Complete a Medical/Dental Request Form and forward it to the medical staff. You will be seen by medical staff prior to approval. If you require a special diet for religious reasons, send an Inmate Request/Grievance Form to the religious coordinator for review. If you receive a special diet tray, you will not trade, barter or give your food away. If you receive a P.M. snack, it will be consumed at the time it arrives and will not be saved for any reason.

Milk and juice containers are not to be saved. None of our meals contain pork. No food items are to be taken from trays to rooms; exceptions are pre-packaged food such as cookies or chips, not to exceed one tray worth.

MEAL SCHEDULE

South Tower (Times are approximate)

| Breakfast | 3:00 a.m. - 4:00 a.m. |
| Lunch | 9:00 a.m. - 10:00 a.m. |
| Dinner | 3:00 p.m. - 4:00 p.m. |

North Tower (Times are approximate)

| Breakfast | 4:00 a.m. - 5:00 a.m. |
| Lunch | 10:00 a.m. - 11:00 a.m. |
| Dinner | 4:00 p.m. - 5:00 p.m. |

27

LVMPD 000558

North Valley Complex (Times are approximate)

| Breakfast | 4:00 a.m. - 5:00 a.m. |
| Lunch | 10:00 a.m. - 11:00 a.m. |
| Dinner | 4:00 p.m. - 5:00 p.m. |

Resource and Re-entry Program:

The program is designed to help those who are ready, to successfully transition back into the community.

The program is not an extension of the courts. It does not have any impact on your case. Although the program is a section within House Arrest, it is not a guarantee that you will receive House Arrest.

We currently work with various community based programs to provide assistance and information to inmates who are released from custody. Keep in mind this is a new concept and is continuously developing.

What can the program offer at this time?

- Military separation documents free of charge
- Veteran housing (for those who qualify)
- Veteran Life Skills classes
- Re-Entry Initiatives Supporting Ex-Offenders Program (RISE)
- NV 211

For assistance, submit an Inmate Request/Grievance Form to the Resource & Re-entry Program.

28

<u>Veteran Life Skills:</u>

A life skills and mentoring program designed to equip damaged veterans lives with the necessary tools to begin making much needed repairs. The program covers a broad range of topics from the most basic skills to the more complex skills.

<u>RISE Program:</u>

A program designed to assist qualifying applicants prepare for the work force. RISE focuses on job readiness by teaching resume preparation, online applications, dress for success, introductions to computers and financial management.

<u>NV 211:</u>

NV 211 is used to access all local community resources to assist with transitional needs. NV 211 replaces the module resource guide.
The steps for completing a call to NV 211:

1. Press 1 for English
2. Press 1 to place a call
3. Enter Pin followed by # key
4. Press 0 to make a collect or speed dial call

<u>Things you can do to assist with a successful transition from custody</u>

• Request assistance from your family or friends in the community to order your identification prior to release.

• Obtain your GED through programs while in custody.

• Participate in programs to address issues that contributed to your incarceration.

• Request an Incarceration Letter through Records to receive Social Service help.

• Make a plan of action prior to your release for a successful transition.

29



Medical:

Inmates have the right to access medical, dental and psychiatric care 24 hours per day.

Emergency: Contact the nearest corrections officer and he/she will call for a nurse.

Non-emergency: You may request a Medical/Dental Request Form from the nurse at medication pass. These forms are to request medical assistance and the medication nurse shall triage (review) the complaint.

Medical/Dental Request Forms: The forms are picked up twice daily by the nurse after medication pass and triaged (reviewed) by the sick call nurse or charge nurse. The sick call/charge nurse, who will assess your symptoms within 24 -72 hours after your form has been picked up, will see you. If he/she cannot address your symptoms or complaints through nursing protocols, you will be referred to the next available physician or physician assistant sick call.

Medical Request/Grievance Forms: If you are not satisfied with any aspect of your health care, you have the right to request information or send a grievance to the contracted medical provider, health services administrator, for an investigation and response to your complaint.

Medical/Dental Access and Medication Fee Policy Statement: Pursuant to NRS 211.140, an inmate or his/her insurance carrier may be financially responsible for medical care and treatment under certain circumstances including, but not limited to: injuries sustained during the commission of a crime or during arrest, pre-existing medical conditions and self-inflicted injuries. The inmate, or his/her insurance carrier, may also be held responsible for the cost of arranging for the administration of medical care including the cost of transportation of the inmate for medical care.

30

LVMPD 000561

**No inmate will be refused in-house medical treatment because of an inability to pay.** A Medical/Dental Access and Medication Fee may be charged to the inmate's trust account for medical care provided or non-chronic care requests. The medical access fee process begins with the sick call/charge nurse's assessment of the problem. There is no charge for referral to the physician or follow-up care; however, if medication is prescribed or renewed by the sick call/charge nurse or physician, there will be an additional medication fee assessed. If an inmate requests emergency care that is determined not to be an emergency condition, that inmate may be charged a Medical Access Fee for calling a false emergency. The determination of the condition will be made by medical/nursing staff and the inmate will be informed of the assessed charge.

Inmates will be charged to access the health care system pursuant to the provisions of NRS 211.140.

| | |
|---|---|
| Medical Access Fee | $ 8.00 |
| (self-initiated requests--evaluation/treatment by the sick call nurse and or/physician) | |
| Medication Fee (new orders, not chronic care) | $ 5.00 |
| Medication Renewal Fee (not chronic care) | $ 3.00 |
| Transportation of Inmate (self initiated request) | $ 75.00 |

For full details on chronic care exceptions refer to memo posted on the bulletin boards in all units.

31

LVMPD 000562

Any complaints regarding the CCDC Medical/Dental Access and Medication Fee Policy should be addressed to the captain responsible for medical services.

Dental hygiene-Tooth decay & gum disease:

Tooth decay and gum disease begins with plaque. Plaque is a sticky, invisible film that contains bacteria. It is the major cause of tooth decay and periodontal (gum) disease. It is constantly forming on everybody's teeth - including yours.

How plaque causes cavities:

1.  When you eat sweet foods, the bacteria in plaque combine with sugar to form acids that attack the tooth's enamel (tooth's hard outer layer).

2.  The cavity grows larger and enters the dentine, the next layer of the tooth.

3.  Decay weakens the enamel further and reaches the pulp (the sensitive inner layer of the tooth).

4.  If decay isn't checked, the enamel may collapse and the infection may reach through to the pulp, causing a painful abscess. Another danger: The bone layer supporting the tooth may become infected too.

How plaque causes periodontal (gum) disease:

1.  Plaque by-products collect just beneath the gum line and irritate the gum tissue; this can cause gums to become inflamed or bleed when you brush. This inflamed condition is called gingivitis.

2.  If it isn't removed, some of the plaque hardens and turns into calculus (tartar). The hard, calculus further irritates the gums.

32

3.  As plaque and calculus continue to form, the tissue holding the gums to the teeth is destroyed, leaving pockets between the tooth and gum. These pockets often fill with bacteria, causing further inflammation.

4.  Finally, this disease destroys the gum tissue and the bone supporting the tooth. This is called Periodontitis. At this stage, the tooth may be lost.

Brush to remove plaque:

Tooth decay and periodontal disease start with plaque. So start preventing them by thoroughly brushing teeth to get all the plaque out of your mouth at least once a day. Hold the toothbrush at a 45-degree angle to the gum line. Brush gently back and forth with short strokes, covering just one or two teeth at a time. Make sure to brush the back teeth, the insides, and outsides, and chewing surfaces of your teeth.

**PERSONAL HYGIENE**

Inmates should shower when moved from Booking to a general population housing unit at the first available free time and daily. This allows us to maintain a cleaner and safer environment for all inmates and staff. Please ensure proper hand washing is maintained on a continual basis. This dramatically reduces the spread of communicable disease and facility outbreaks. All inmates are required to maintain good hygiene.

Shower rooms may have up to four shower stalls; only one inmate per shower stall. More than one inmate in a shower stall may result in disciplinary sanctions.

33

LVMPD 000564

## GRIEVANCES

If you have a complaint regarding your stay at the CCDC, you may use the Inmate Grievance Process. If you feel that you have a serious complaint regarding your treatment or other conditions, first speak with your housing unit officer. If that does not provide satisfactory results, you may file a formal grievance using an Inmate Request/ Grievance Form. If your grievance is a health or safety emergency, your housing unit officer will immediately take appropriate action.

You must start with your housing unit officer. If you are not satisfied, you may address each level of our chain of command, i.e., officer, sergeant, lieutenant, captain and deputy chief. Appeal procedures are posted in each housing unit.

You may make a complaint to the Citizen Review Board. Request a Citizen Review Board Complaint Form from an officer. The officer will deliver the form through the department inter-office mail.

## HOUSING UNIT RULES

1. Staff will be addressed by position, title and last name. (Example: Officer Jones)

2. Night lights and windows must be uncovered at all times.

3. Meals must be eaten in the day room.
   - Except inmates on lockdown and commissary items.
   - No food except commissary items or for medically approved reasons is to be kept in rooms/at bunks.
   - Extra or leftover food, juice or coffee will not be given away by housing unit officer(s).

4. Dress Code:

You must be fully dressed when out of your room or away from bunk area. This includes to and from showers. Within cells or while on bunks, inmates must be modestly covered.

34

LVMPD 000565

**Exception:** Male inmates need not cover themselves with their shirts when returning from the recreation yard, but they will shower or go directly to their rooms. Inmates will not lounge around the housing unit area without a shirt.

A. Pant legs may be rolled up when pants are too long and then only to the top of the shoe. Pants will not be "pegged," tucked in socks/shoes or worn with the waist band down over the buttocks, as in a sagging fashion. You are responsible for wearing the appropriate size.

B. Shirts will be worn out and sleeves will be kept unrolled in the normal position.

C. Only one shirt, pant and underwear will be worn at a time.

D. Socks will be worn as socks only and worn when wearing tennis shoes.

E. Tennis shoes will be used for recreation yard only. There will be no shoe exchange during the period of incarceration once the initial issue is made. Tennis shoes shall be worn properly as intended and not as a sandal (by walking on the shoe backs). Orthopedic shoes approved by medical will have the shoe laces laced in the shoes at all times and will be worn in such a manner as to present no safety hazard. Any writing or drawing on the shoe will be considered altered and confiscated. Disciplinary sanctions may occur.

F. Females will be allowed to wear nightgowns while on their bunks or in their cells. Nightgowns are not to be worn when the inmate is out of her room or off the bunk.

G. No combs, rollers, parts of plastics, modified combs, picks, pieces of clothing, rags or rubber bands will be worn in the hair. Hairnets will not be worn when leaving the housing unit, except for inmate kitchen workers.

35

LVMPD 000566

H. Curlers shall be removed from inmate's hair (male or female) when leaving the housing unit for any reason. They will not be used for ponytails.

I. No broom straws, pieces of comb, string, staples or other foreign items will be worn as earrings. No necklaces, bracelets, ankle bracelets, etc.

J. Underwear will be worn by both male and female inmates at all times when outside of cell/housing unit.

5. TV, games, conversations, etc., must be kept at a reasonable noise level to be regulated by the housing unit officer, out of courtesy to each other and the officer.
   - No blankets or pillows will be removed from your cell/bunk for any reason other than for linen exchange
   - TV will be turned off when not being used and during lock-downs

6. Pat downs will be conducted when you are leaving and returning to the housing unit, or any time the staff deems it appropriate.

7. No yelling or throwing items (including at meal time).

8. Only assigned inmates are permitted on the upper tier:
   - No loitering on upper tier
   - No sitting on stairs, hanging off rails or sitting on rails
   - You must ask the housing unit officer's permission to go upstairs for showers if your assigned cell is on the lower tier
   - Inmates are only authorized in their assigned cell

9. All inmates within a housing unit will share in the responsibility and consequences of maintaining the cleanliness and orderliness of their housing unit, i.e., disposing of trash, wiping up spills and putting things in their proper place, etc.

10. No loitering or exercising near restrooms, telephones, visiting booths, library shelf or any common area.

36

11. Property allowed in cells per inmate:

Each inmate (male or female) shall be issued two towels, two sheets, one pillow case, one blanket, one hygiene pack, one mattress and one pillow.

Any excess property items will be considered contraband. This will include commissary items, i.e. cups, bowls, etc.

The following items shall be issued to all general housing inmates:

<u>Male Inmates:</u>
    Shoes (1 pair shower and 1 pair tennis shoes)
    Socks (4 pair)
    Boxer Shorts (4)
    Pants (2)
    Shirt (2)

<u>Female Inmates:</u>
    Shoes (1 pair shower and 1 pair tennis shoes)
    Socks (4 pair)
    Briefs (4)
    Bra (2)
    Nightgown (1)
    Pants (2)
    Shirt (2)

<u>Personal Items, Male and Female:</u>
    Cup (1)
    Bowl (1)
    Eating Utensil (1)
    Commissary - twice the single order limit
    Personal Letters (20)
    Legal Material—no limit unless accumulation creates a potential hazard
    Pictures (15) - no larger than 6"x8" and no frames
    Books or Magazines (2) - including inmate's own subscription
    Religious Books or Related Materials (5) - not including bibles
    Felt-Tipped Pens (5)
    Pencils (5)
    Writing Tablets (5)
    Stamped Envelopes (15)
    Colored Pencils (1 dozen)

37

LVMPD 000568

**Administrative/Disciplinary Housing Unit Issue:**

1. Same as 11A and 11B (see previous page)

2. Personal Items:
   - Cup (1)
   - Bowl (1)
   - Legal Material - no limit unless accumulation creates a
     potential hazard
   - Bible (1)
   - Books or Magazines (2) -including inmate's own subscription
   - Pencil (1)
   - Felt-Tipped Pen (1)
   - Writing Tablet (1)
   - Stamped Envelopes (15)

3. Any commissary food items in possession by an inmate when
   transferred to administrative housing will be confiscated and
   placed into the inmate's property. It will be returned when the in-
   mate is released from custody.

**Restrictive Housing Unit Issue:**

1. General issue items are subject to medical status and behavior.
   Male and female inmates will be allowed to retain their issued
   clothing and:
   A. Blanket (1)
   B. Towel (1) issued for showering only and retrieved by the
      housing unit officer prior to the inmate's return to his/her cell.

2. Personal and commissary items are not allowed with the exception
   of one Styrofoam cup and hygiene items.

3. If inmate is suspected to be self-destructive, personal issued
   clothing will be removed and a blanket will be issued.

38

## DISCIPLINARY PROCEDURES

**Informal - Level 1 Rule Violations** are subject to any one, or a combination of the following sanctions:

- Counseling
- Verbal warning
- Loss of participation in activities
- Lockdown within housing unit for up to 24 hours

**Formal - Level 2 & Level 3 Rule Violations:** An inmate found guilty of a formal rule violation by the Conduct Adjustment Board (CAB) may receive any one, or a combination of the following sanctions:

- Counseling
- Verbal warning
- Loss of participation in activities or privileges
- Loss of good time/work time if sentenced to county time
- Loss of worker status if sentenced to county time
- Lockdown within assigned housing unit
- Required to pay restitution for damaged or destroyed property
- Loss of or restrictions to visiting, commissary, mail and/or religious services
- Assignment to disciplinary detention based upon the following guidelines for any one incident:
  1. No more than 60 days for rule violations arising out of one incident
  2. Continuous confinement for more than 30 days requires the review and approval of the Deputy Chief, DSD, or designee

39

**Inmate Appeal Process:** Any inmate may appeal the decision and/or sanction of the CAB based upon one of the following conditions:

• Violation of inmate disciplinary procedure
• Sanction not appropriate to the violation
• Inmate can show himself/herself not guilty

**The appeal must be submitted in writing within five working days, excluding weekends and holidays, after the receipt of the written CAB disposition and must state specific reasons for the appeal. First level of appeal is addressed to the captain of the Central Booking Bureau (CBB). You have five working days, excluding weekends and holidays, after receipt of first level appeal to file a second and final level of appeal addressed to the Deputy Chief, DSD.

**Level 1 Rule Violations**

101  Attempting to commit or aiding another person to commit any of the below listed infractions shall be considered the same as the offense itself
102  Refusing to comply with inmate dress standards
103  Creating a minor disturbance within the facility
104  Verbally abusive or disrespectful towards staff or other inmates
105  Refusing to maintain housekeeping standards
106  Refusing to maintain personal cleanliness
107  Failure to proceed to cell/bunk when instructed
108  Lying to a staff member
109  Excessive noise
110  Misuse of telephone
111  Unauthorized cell or bed change
112  Throwing or wasting food
113  Possession of currency on the person or in the living area of an inmate
114  Possession of jewelry on the person or in the living area of an inmate

40

114A   Jewelry on the person may be permitted in specific
   circumstances

115   Possession of food not sold in commissary or legally
   provided by the kitchen

116   Possession of unauthorized items, contraband, or clothing

117   Being in an unauthorized area

118   Failure to follow safety regulations

119   Affixing pictures or other such materials on cell walls/
   furniture

120   Having towels, clothing, or other objects obstructing the view
   of officers into the cell

121   Loitering or sitting on stairs or upper tier

122   Leaving seat during chow

123   Saving or reserving seats during chow

124   Propping doors open without permission

125   Horseplay

126   Found in a red line carpet area of the housing unit

127   Refusing to attend programs

128   Use of institutional forms other than as intended

129   Refusing to line up for chow or medication pass

130   Use of recreational supplies other than as intended

131   Failure to comply with an instruction from staff

132   Interfering with staff member duties (an inmate commits this
   violation when he/she interferes with, or obstructs, to include
   hide from, any staff member who is engaged in the
   performance of his/her duties

133   Begging for food or commissary items from other inmates

134   Passing commissary, or being in possession of another
   inmate's commissary

135   Misuse, giveaway, barter or sell a diet/religious tray and/or
   P.M. snack

41

**Level 2 Rule Violations**

201   Attempting to commit or aiding another person to commit any of
   the below listed infractions shall be considered the same as the
   offense itself

202   Refusing to obey a direct order by staff (NRS 199.280)

203   Threatening another with physical harm (NRS 207.180, 199.300)

204   Engaging in a sexual act (NRS 212.187)
205   Making sexual proposals or threats of sexual assault to another
206   Indecent exposure (NRS 201.220)
207   Threat of escape
208   Wearing a disguise or mask
209   Tampering, altering, damaging, destroying jail property, or property of another, or missing jail property (NRS 212.190)
210   Theft of jail property or the property of another (NRS 205.0832; NRS 205.240, NRS 205.220)
211   Possession of anything not authorized for retention or receipt by inmate or possession of items not issued to him through regular institutional channels
212   Possession or receipt of any contraband including any attempt to receive or aid or abet another to receive any contraband by having it brought into or by any attempt to have it brought into the jail
213   Unauthorized possession of property belonging to another person or fraudulently obtained or stole commissary orders (inmate will be charged for the commissary order even if the items are confiscated) (NRS 205.380)
214   Loaning of property or anything of value for profit or increased return
215   Using any equipment or machinery which is not specifically authorized, e.g., kitchen utensils and equipment
216   Using equipment or machinery contrary to instructions or posted safety standards
217   Participation in work stoppage or encouraging others to refuse to work
218   Introduction into the facility or possession of or furnishing any narcotic, drug, narcotic paraphernalia, or intoxicant not prescribed for inmate by the medical staff, or being under the influence of a narcotic (NRS 212.170)
219   Unauthorized use of prescribed medication (NRS 212.170)
220   Mutilation or alteration of clothing, linen, towels, mattresses, pillows, pillow cases, etc., issued by the jail (NRS 212.190)
221   Unexcused absence from work or any assignment

42

| 222 | Interfering with the taking of count on any shift |
| 223 | Accumulating a commissary store of more than General Population $65.00, Maximum/CAB $20.00 (Excess amount will be confiscated) |
| 224 | Engaging in or encouraging a disruptive group demonstration (NRS 203.060) |
| 225 | Engaging in or encouraging others to riot (NRS 203.070) |
| 226 | Making intoxicants, being intoxicated, mixing food or drink with a narcotic or alcoholic substance, or possession of intoxicants (NRS 212.170; NRS 453.566) |
| 227 | Giving or offering to give any official or staff member a bribe or anything of value (NRS 197.100) |
| 228 | Giving or accepting from another inmate, or a member of his family, money or anything of value unless through official channels |
| 229 | Shaking cell doors or otherwise summoning an officer under the pretext of an emergency |
| 230 | Malingering or feigning an illness |
| 231 | Gambling |
| 232 | Receiving anything of value for services rendered to another inmate (e.g., art work, hair cutting, legal work) |
| 233 | Disrupting the module/court (non-code) |
| 234 | Continuous unsatisfactory conduct by an inmate (5 or more previously documented infractions during current incarceration) |
| 235 | Sentenced inmates failure to do work assigned or failure to properly complete tasks |
| 236 | Making threatening or harassing telephone calls (NRS 201.255) |
| 237 | Refuse to attend line up |
| 238 | Passing notes or otherwise corresponding with another inmate, except through official channels (NRS 212.140; NRS 212.150) |
| 239 | Refusing to accept assigned room or roommate |
| 240 | Smoking or possession of cigarettes, matches, or other smoking material (NRS 202.2491) |
| 241 | Violation of library rules or otherwise misusing the legal library |

43

LVMPD 000574

242    Violation of Home Detention Agreement (NRS 212.220)
244    Knocking off or tampering with the emergency sprinkler head
       (NRS 475.090)
245    Being in another inmate's room, row, bunk area
246    Violation of posted and/or outside sentenced inmate worker
       rules
247    Two or more inmates in the shower together
248    Two or more inmates in the same bed or cot
249    Making 3-way phone calls
250    Communicating with persons outside the facility, excluding
       authorized channels such as mail, phone calls or visiting
       (NRS  212.140; NRS 212.150)
251    Flooding cell
252    Passing commissary or anything of value inside a
       disciplinary housing unit

**Level 3 Rule Violations**

301    Attempting to commit or aiding another person to commit
       any of the below listed infractions shall be considered the
       same as the offense
302    Assaulting another person (NRS 200.417). "Assault" means
       intentionally placing another person in reasonable
       apprehension of immediate bodily harm
303    Sexually assaulting another person (NRS 200.366)
304    Escape (NRS 212.090)
305    Attempting or planning an escape
306    Tampering with locking devices (NRS 212.093)
307    Fighting or wrestling with another person (NRS 203.050)
308    Setting a fire (NRS 205.005; NRS 205.010; NRS 205.025)
309    Possession of a staff member's clothing or uniform (NRS
       199.430)
310    Infliction of punishment or participation in a "Kangaroo
       Court"
311    Introduction into the facility, or possession of, a gun,
       firearm, weapon, knife, sharpened instrument, or
       unauthorized tool (NRS 212.185)

44

LVMPD 000575

| | |
|---|---|
| 312 | Possession or introduction of any explosive or ammunition (NRS 212.185) |
| 313 | Engaging in or encouraging others to riot (NRS 203.070) |
| 314 | Extortion, blackmail, protection (demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing) (NRS 205.320) |
| 315 | Battery (NRS 200.481). "Battery" means any willful and unlawful use of force or violence upon the person of another |
| 316 | Violation of criminal law |
| 317 | Participation in or encouraging gang-related activities (NRS 193.168) |
| 318 | Assault/Battery on staff (NRS 200.471; NRS 200.481) |
| 319 | Unlawful acts related to human excrement or bodily fluid (NRS 212.189) |
| 320 | Disrupting the safe and orderly operation of the facility (to be used when officer has to call a code) |

## SEXUAL ASSAULT INFORMATION

NRS 200.364 Definitions:

- "Perpetrator" means a person who commits a sexual assault.
- "Sexual penetration" means cunnilingus, fellatio, or any intrusion, however slight, of any part of a person's body or any object manipulated or inserted by a person into the genital or anal openings of the body of another, including sexual intercourse in its ordinary meaning.
- "Statutory sexual seduction" means
  1. Ordinary sexual intercourse, anal intercourse, cunnilingus, or fellatio committed by a person 18 years of age or older with a person under the age of 16; or
  2. Any other sexual penetration committed by a person 18 years of age or older with a person under the age of 16 years with the intent of arousing, appealing to, or gratifying the lust or passions or sexual desires of either of the persons.
- "Victim" means a person who is subjected to a sexual assault.

45

LVMPD 000576

113

NRS 200.366 Sexual Assault - Definition - Penalties:

A person who subjects another person to sexual penetration, or who forces another person to make a sexual penetration on himself or another, or on a beast against the will of the victim or under conditions in which the perpetrator knows or should know that the victim is mentally or physically incapable of resisting or understanding the nature of his conduct, is guilty of sexual assault.

Sexual assault is prohibited and will not be tolerated in the facilities. All cases of sexual assault and staff sexual misconduct are investigated by LVMPD. If you are a perpetrator of sexual assault you will be prosecuted for a criminal offense, and if found guilty of a felony, any additional prison time will be stacked on top of your current sentence in accordance with NRS. In addition, a Conduct Adjustment Report will be written, if you are found guilty, this will result in disciplinary time, lessened privileges and will change where you are housed in the facility.

Avoidance of a Sexual Assault:

The only way a sexual assault can be prevented is when a potential perpetrator chooses NOT to sexually assault. However, YOU may avoid an attack by following safety guidelines:

- Position yourself in "Safe Zone" areas where you can see a staff member and a staff member can see you.
- If you are being pressured for sex, report it to any staff member immediately.
- Do not enter a room with anyone you feel threatened by, or enter someone else's room at any time.
- Be aware of situations that make you feel comfortable. Trust your instincts.
- Don't let your manners or pride get in the way of keeping yourself safe. Don't be afraid to say "NO," or to ask staff for help.
- Walk and stand with confidence. Many perpetrators choose victims who look like they won't fight back.
- Avoid talking about sex and nudity. These things may be considered a come on, or make another believe that you have an interest in a sexual relationship.

46

LVMPD 000577

- Do not accept gifts from other inmates, commissary items given to you may be considered a debt with expectation of repayment with a sexual favor.

<u>What to do if you are Sexually Assaulted:</u>

- Get to a safe place. Report the attack to a staff member immediately. The longer you wait, the more difficult it is to obtain evidence necessary for a conviction.
- You may report sexual misconduct/victimization/assault to any staff member in person or by filing an Inmate Grievance Form.
- Request immediate medical attention.
- Do not shower, brush your teeth, use the restroom, or change clothes in order to preserve evidence.
- If you have been attacked or witnessed an attack, you should report it immediately to any staff member.
- Mental Health staff is available for crisis care 24/7, 365 days a year to listen and offer support.
- If you are uncomfortable talking to the officer or nursing staff, please ask to speak to a member of the Mental Health staff.
- The Rape Crisis Center Hotline (702-366-1640) is a free call from all inmate phones where you can speak with an advocate who can offer support, education, and crisis intervention. The phone number is posted on the housing unit bulletin board. The center is NOT a substitute for reporting or investigating a complaint or report of sexual assault, sexual victimization, or sexual misconduct.

## SEXUAL CONDUCT

<u>NO</u> sexual activity of any type is permitted in the CCDC facilities.

Any type of sexual activity is a violation of facility rules, you will be placed in disciplinary housing pending a CAB Hearing.
- Voluntary sexual conduct between inmates is a violation of state law NRS 212.187. Voluntary sexual conduct between inmates, or inmates and another person is prohibited.
- Inmates who commit acts of sexual assault or misconduct are subject to discipline in accordance with NRS and the CAB.

47



## MISSION

**The mission of the Clark County Detention Center is to set the standard for American jails, through leadership and excellent service, while focusing on the safety of the community, staff members, and inmates.**

## VALUES

Integrity
Courage
Accountability
Respect for People
Excellence

The acronym I CARE is the guiding principle for each and every employee.

The values are supported by behaviors, demonstrated by the actions of employees, as they live these values. All employees are expected to represent the values of the department while in the workplace and on-duty.

48

LVMPD 000579



Revised: May 2014
DSD Policy and Procedures Section

49



LVMPD 000580

| Las Vegas Metropolitan Police Department | SOP 15.04.00 |
|---|---|
| Detention Services Division | Issue Date 10/12/84 |
| Las Vegas, NV | Annual Review 05/01/16 |
| | Revision Date 07/08/15 |

## STANDARD OPERATING PROCEDURE

SUBJECT        INMATE DISCIPLINE

### POLICY

A safe and orderly environment shall be maintained for all persons in the Clark County Detention Center (CCDC) and North Valley Complex (NVC). In accordance with this policy, corrective action shall be administered against inmates who violate facility rules and regulations. The corrective action will be taken at such times and in such degree as necessary to regulate an inmate's behavior within acceptable limits. <u>Cruel and unusual punishment is prohibited.</u> Inmates are not subjected to personal abuse, corporal punishment, personal injury, disease, property damage, or harassment. Inmate property is protected.

### REFERENCES

| | |
|---|---|
| 4th Edition ACA Standards for ALDF: | 2A-27, 2A-28, 2A-29, 2A-47, 2A-50, 2A-58, 3A-01, 3A-02, 6C-01 through 6C19 |

4th Edition ACA Standards for ALDF:    2A-27, 2A-28, 2A-29, 2A-47, 2A-50, 2A-58, 3A-01, 3A-02, 6C-01 through 6C19

LVMPD Department Manual:
- 2/110.02  Constitutional Requirements During Criminal Investigations
- 5/107.19  Limited English Proficiency (LEP) Tracking and Tabulation
- 5/206.02  Sexual Assault and Abuse Investigations
- 6/006.00  Arrest Procedures and Declaration of Arrest
- 6/006.01  Arrests without Warrants

Nevada Revised Statutes (NRS):    193.168, 197.100, 199.280, 199.300, 199.430, 200.366, 200.471, 200.481, 201.220, 201.255, 202.2491, 203.050, 203.060, 203.070, 205.005, 205.010, 205.025, 205.0832, 205.220, 205.240, 205.320, 205.380, 207.180, 211.320, 212.090, 212.093, 212.185, 212.187, 212.140, 212.150, 212.170, 212.189, 212.190, 212.220, 453.566, 475.090

"National Standards to Prevent, Detect, and Respond to Prison Rape," August 2012:  28 C.F.R. Part § 115.15, § 115.33, § 115.78 et. Seq.

### OVERVIEW

This policy prescribes guidelines for the administration of inmate discipline. The CCDC and NVC maintains inmate discipline through the impartial application of a fully developed, well-understood set of rules and regulations and a hearing procedure that incorporates all applicable due process requirements. There is a written set of disciplinary procedures governing inmate rule violations that are reviewed annually and updated if necessary. All NVC inmates charged with a Level 3 Rule Violation will be transported back to CCDC within 24 hours.

### PROCEDURES

I.   INMATE RULES AND REGULATIONS

A.  Inmate Orientation to Rules and Regulations:

LVMPD001362

1. Indoctrination Film (also named the Intake Film):

   a. Will be played the entire shift in the open booking area.

   b. The Indoctrination Film plays continuously on Channel 21.

   c. The booking officer playing the film will complete an iTAG shift log recording, activity type "Indoctrination Film Shown" and mark the Inmate Locator Cards in the "Indoc Film Block" (located on the back of the card) signifying that the inmates have seen the Intake Film.

   d. Upon receiving inmates from booking, the housing unit officer will ensure inmates have viewed the Indoctrination Film by verifying the back of the Inmate Locator Card. If the "Indoc Film Block" is not marked, ensure the inmates view the film. When the film is playing, complete an iTAG shift log recording, activity type "Indoctrination Film Shown" and mark the Inmate Locator Cards in the "Indoc Film Block" (located on the back of the card) signifying that the inmates have seen the Intake Film.

2. Inmate Handbooks:

   a. All inmates receive an Inmate Orientation Information sheet during the booking, dress out process, and prior to assignment to a housing unit.

   b. Inmate handbooks are available for check out to the inmates from the housing unit officer and on the Legal Library Kiosk located in each housing unit.

3. Posted in Housing Units:

   a. All rules and regulations and any changes in policy are posted in each dayroom on the Inmate Bulletin Boards.

   b. The floor sergeants have keys to these bulletin boards and are responsible for their upkeep and posting of any AN's changing policy.

4. Inmates with Disabilities:

   If an inmate cannot read, orientation materials are read to the inmate by a staff member, or are provided through the use of video. For inmates who do not speak English, interpretive services are provided. All inmates with disabilities (e.g., limited English proficient, deaf, visually impaired, limited reading skills, etc.) will have access to the inmate orientation process using appropriate accommodations. Reference SOP #'s 16.03.00, "Telephones; Use by Inmates", 16.03.01, "Telephones; Use by Hearing Impaired Inmates" and 16.03.02, "Language Line Services."

B. Level of Rule Violations:

   The rules and regulations for inmate behavior and the procedural guidelines for inmate discipline shall apply to all inmates throughout the facility. A set of rules and regulations have been established which specify expected behavior, and prohibited acts. Specific sanctions may be imposed for violations of these rules. The sanction will not exceed 60

LVMPD001363

days for all violations of these rules arising out of one incident. Continuous confinement for more than thirty (30) days shall require review and approval of the Deputy Chief, Detention Services Division (DSD) or designee. Under no circumstances may a sanction impose corporal or physical punishment, nor restriction on the diet or personal hygiene of the offending inmate.

1. All rule violations will be documented on either an iTAG Violation Report or a CAR. The Classification Section shall be notified when the following changes are shown by the inmate:

   a. Illness and injury

   b. Mental state

   c. Aggressive behavior

   d. Intoxication level

   e. Necessity to segregate in special housing

   f. Do Not House With (DNHW) advisories

   Notate in report name of officer from the Classification Section that was notified with the information.

2. Level 1 Rule Violations – Any inmate committing a Level 1 Rule Violation will be subject to corrective sanctions by the housing unit officer. The officer must notify his/her on-duty supervisor of what corrective sanctions were imposed. Also reference Section C below.

3. Level 2 Rule Violations – Any inmate committing a Level 2 Rule Violation will be subject to corrective sanctions as determined by the Conduct Adjustment Board (CAB) following a hearing. Inmate may also forfeit all or part of their "good time/work time credits" as provided under NRS 211.320. Also reference Section C below.

4. Level 3 Rule Violations – Any inmate committing a Level 3 Rule Violation will be subject to corrective sanctions as determined by the CAB following a hearing. Inmate may also forfeit all or part of their "good time/work time credits" as provided under NRS 211.320. Additionally, most Level 3 Rule Violations are also violations of the criminal code and inmates may be rebooked in addition to any corrective sanctions applied by the CAB. Also reference Section C below.

5. Any of the above rule violations will become part of the inmate's disciplinary history and may be used to determine housing and program access, as well as other privileges.

C.  Sanctions:

Informal Sanctions:

   1. Are imposed by an officer without a CAB hearing for violations of informal facility rules and regulations (Level 1 Rule Violation).

LVMPD001364



2. Informal Sanctions that can be imposed by an officer:

    a. Counseling

    b. Verbal warning

    c. Loss of participation in activities

    d. Lockdown within housing unit for up to 24 hours

3. The officer must document a Level 1 Rule violation in an iTAG Violation Report. The report must include the name of the on-duty supervisor that was notified and method of notification (email, in-person, etc.).

4. If the violation is in the following areas and does not risk facility security, only a CAB may structure limitations:

    a. Mail

    b. Medical

    c. Meals

    d. Legal phone calls

    e. Legal visiting

    f. Legal library

    g. Programs

5. Altered legal mail or legal manila envelopes are considered contraband. The altered envelopes will be placed in the inmate's property. (This is a Level 1 Rule Violation, 116, Possession of Unauthorized Items, Contraband, or Clothing.)

D. Formal Sanctions:

1. Sanctions imposed by the CAB, after a hearing for violations of formal facility rules and regulations (Level 2 & 3 Rule Violations).

2. Upon finding the inmate guilty of violating facility rules, the CAB will structure only that level of sanctions necessary to correct the inmate's behavior. The CAB may impose one or more of the following sanctions:

    a. Counseling

    b. Verbal warning

    c. Loss of participation in activities, privileges, or programs

    d. Loss of good time/work time

    e. Loss of worker status

    f. Lockdown within the assigned housing unit

LVMPD001365



g. Required to pay restitution for damaged or destroyed property (Inmate Property Damage Deduction Form can be found on the DSD Intranet/Supply/Publications page: http://metroweb.lvmpd.int/services/detention/supply/Publications/Forms/AllItems.aspx)

h. Loss of or restrictions to visiting, commissary, mail, religious services, or Legal Library privileges

i. Assignment to disciplinary detention based upon the following guidelines:

 1) No more than 60 days for rule violations arising out of one incident.

 2) Continuous confinement for more than 30 days requires the review and approval of the Deputy Chief, DSD or designee.

 3) Due to the security needs of the housing assignment, inmate commissary may be taken away upon entry in the housing unit and secured by the officer.

E. Imposing Sanctions:

 1. Informal (Level 1 Rule Violation):

 a. Officer is to ensure inmate conforms to CCDC/NVC Rules and Regulations.

 b. Document any and all Level 1 Rule Violations using an iTAG Violation Report.

 c. iTAG Violation Reports include, but are not limited to, the following information: An explanation of the event that includes who was involved, what transpired, and the time and location of the occurrence, specific rule(s) violated, disposition of physical evidence, immediate actions taken, any use of force, name of on-duty supervisor that was notified and method of notification (email, in-person, etc.), a formal statement of the charge, any unusual inmate behavior, and any staff witnesses.

 d. Officers are to use the level of sanctions necessary to correct inappropriate behavior and to attempt to resolve minor incidents on an informal basis.

 e. Officers and sergeants may only approve lockdowns in housing units for up to 24 hours for violations occurring from any one incident.

 f. Officers imposing any informal sanctions must notify the inmate of sanctions imposed and report <u>must</u> be written. (Officers imposing sanctions without writing a report and not notifying their supervisor are subject to disciplinary action.)

 1) An inmate's lack of understanding due to a language barrier is not cause to postpone imposition of sanctions.

LVMPD001366



2) All inmates require verbal explanation of violation and sanction, and articulation of this explanation shall be included in the violation report.

3) If an inmate does not speak or understand sufficient English, secure an interpreter from within the DSD. If an interpreter for the inmate's native language cannot be obtained within DSD, contact the responsible bureau commander.

g. Notify immediate supervisor of the violation and action taken. If loss of activities or lockdown occurs, the Incident Response Section of the iTAG Violation Report must identify the sergeant who reviewed the incident and approved the sanction. The floor sergeant will review all informal sanctions.

h. All reports on lockdowns must be written before securing from shift, unless approved by the responsible bureau lieutenant until the next shift.

i. An inmate protesting the informal sanction that is unable to resolve his or her complaint at the officer level, may wish to file a formal grievance for administrative remedy. This grievance will be handled in accordance with **_SOP #14.00.00 "Inmate Requests/Grievances and Complaints/Grievances Against Staff."_**

***Back-to-back 24 hour lockdowns are strongly discouraged, requiring clear articulation to justify the need for stacking the of lockdowns.***

2. Formal (Level 2 & 3 Rule Violations):

The officer observing an inmate commit a Level 2 or 3 Rule Violation will take appropriate action necessary to control the situation.

The officer discovering that an inmate may have committed a Level 2 or 3 Rule Violation may write an iTAG CAR on the incident if it occurred during the inmate's incarceration. The CAR needs to be written by the officer within 24 hours of the discovery of the incident.

a. Officer:

1) The officer will document the incident on a CAR (with the same information as outlined for Violation Reports in this policy). The report has to be written within 24 hours of the time the officer determines an alleged violation occurred. All CARs wherein restitution is requested for facility damage must reference a work order generated to maintenance and the work order number must be attached to the CAR.

2) Notify the floor sergeant of the violations, actions, and report. (The decision to CAR an inmate rests with the officer.)

b. Floor / NVC Sergeant:

1) Upon receipt of the report, the floor sergeant shall review to ensure that procedures have been followed. Check report for completeness and accuracy. If the body of the report does not



justify the charges, notify the officer to make corrections in the report.

2) Begin an investigation within 24 hours of the time the violation is reported and is to be completed without unreasonable delay. Any extensions of the 24 hours must be approved by the bureau commander in the chain-of-command in writing. For NVC: The NVC sergeant will complete the CAR inmate interview prior to transport to CCDC. The NVC sergeant will also provide a copy of the CAR and inmate property inventory before transport, if inmate is cooperative. If not cooperative, then brief circumstances to the designated CCDC sergeant who will complete the investigation.

3) If the sergeant's investigation finds the inmate is not guilty or that the CAR is unfounded, the sergeant needs to terminate the CAR and have the inmate moved to general population.

a) If the report has been completed, notify Classification and they will make changes to the report to remove the inmate from the current CAB list.

b) The report can be modified by the officer to show only informal charges if that is the finding.

c) If there are no charges on the inmate, notify Classification to note the findings on the report.

4) Document results of investigation and recommendations on the CAR. Print a copy of the page with the charges and give it to the inmate within 24 hours of the completion of the investigation and at least 24 hours prior to the hearing. The inmate may consent, in writing, to a hearing within less than 24 hours. All CARs wherein restitution is requested for facility damage must reference a work order generated to maintenance and the work order number must be attached to the CAR.

3. Moving an inmate after violation:

a. The inmate will remain in administrative housing until housing becomes available within his/her classification. While in disciplinary housing, free time, showers, and phone calls are not permitted.

b. An inmate charged with a Level 2 or 3 Rule Violation should remain in his/her present housing unit on lock down status, if necessary, unless additional control is needed for the protection of staff and inmates, as a security measure. A NVC inmate with a level 2 CAB can remain in his/her present NVC housing unit on lock down status, if space is limited at CCDC. NVC inmates will be returned to CCDC for level 3 CAB's.

Factors to consider prior to moving an inmate:

1) Threat of physical harm

2) Escape or security risk

LVMPD001368

3) Undue influence upon witnesses, complainants, or other inmates

4) Diminishing respect for staff

5) Loss of control in present housing unit

Any move to administrative housing prior to a CAB hearing must be approved by the appropriate floor sergeant.

c.  If an immediate move to administrative housing or lock down is necessary and the floor sergeant or responsible bureau lieutenant is not available, an officer may move or lock down the inmate and notify the sergeant as soon as possible.

1) Documentation for any move to administrative housing prior to a CAB hearing will be reviewed by the Classification CAB Sergeant or designee within 72 hours.

2) CCDC medical staff will be notified by the restrictive housing unit officer within a half hour of inmate being placed in the restrictive housing unit, or as soon as possible when the inmate is cooperative. Also reference SOP #13.00.00, "Medical Services."

d.  When an officer CAR's an inmate and sends him/her to disciplinary housing and/or 2C, that module officer must inventory the inmate's commissary prior to completing the CAR and include the inventoried items in the CAR. The officer will collect or oversee the CAR'd inmate collect the inmate's commissary and inventory the items. The commissary items, listed as part of the CAR, will be signed for by the CAR'd inmate at the time he/she signs his/her CAR. All food, unauthorized hygiene products (items not listed on the commissary short order form) and pens will be taken to the property room and held in the inmate's property. The module officer will fill out a DSD 28 Property Transaction Receipt (PTR) Form, reference the Offenses in Custody (OIC) number, and call for a movement officer to transport the items to the property room. The commissary will not be taken to the disciplinary housing. Commissary items will remain on the inmate's property until release from custody. The inmate, if found not guilty by the CAB, will have his/her commissary retrieved from property and returned to him/her.

e.  Field Services Section (FSS) officers involved with any disruptive inmate subject to a CAR during transport or while at court will escort the inmate directly to disciplinary housing. The FSS officer will notify the module officer of the CAB and the module officer will inventory the inmate's property. The commissary items will be itemized and the module officer will pass that list of commissary items to the FSS officer writing the CAR. Ensure the list of items is attached as part of the CAR and is signed for by the disciplinary inmate at the time he/she signs his/her CAR.

LVMPD001369



F. Classification:

Disciplinary Officer:

1. Will review on a daily basis all CAR's written by DSD staff during the past 24 hours.

2. Update Disciplinary Housing Report daily to reflect all moves of inmates in and out and any inmates on CAR lockdown throughout the facility.

G. CAB:

The disciplinary officer who is a member of the CAB will do the following upon receipt of a CAR:

1. Hearing Notification:

   a. Set a date for hearing. CAB hearings are convened as practical but no later than seven days, excluding weekends and holidays, after the alleged violation. All inmates will be notified at least 24 hours in advance of the hearing date by written notification. The 24 hour notice may be waived in writing by the inmate.

   b. The inmate may request a continuance of additional time as needed to prepare a defense. Continuance must be requested in writing and approved by the Captain, Staff Administration Operations Bureau (SAOB).

   c. Other than by inmate request, a hearing deadline may be extended only by the Captain, SAOB, and will be granted only in extraordinary circumstances.

   d. The inmate shall not have the right to either retain or appoint counsel in these disciplinary procedures. However, if the inmate feels the need for assistance, a staff advocate will be provided. A staff advocate will be appointed when it is apparent that an inmate is not capable of collecting and presenting evidence effectively on his or her behalf; for example, but not limited to, mentally or physically ill inmates. When assistance is requested or needed by the inmate, a staff advocate will be appointed through the Captain, SAOB, and when necessary with coordination from the Captain, Central Booking Bureau (CBB).

2. CAB Hearing:

An impartial-panel of persons conducts disciplinary hearings on rule violations. A record of the proceedings is made and maintained for at least six months.

   a. The inmate will be present at the hearing unless:

      1) It would jeopardize the safety and security of the facility or of those present.

      2) Inmate waives, in writing, the right to attend.

      3) Inmate refuses to attend.

LVMPD001370



    4) Inmate's absence from the hearing will be documented in the CAB Disposition.

b. Inmate will hear all evidence presented against him/her unless:

    1) Evidence is confidential.

    2) Evidence is of such nature that presenting it to the inmate would jeopardize the safety and security of the institution, staff or other inmates.

    3) The fact that evidence was withheld from the inmate will be documented in the CAB Disposition.

c. Inmate will be allowed to:

    1) Enter a plea.

    2) Make a statement and present evidence in his/her own behalf.

    3) Call witnesses in his/her own behalf unless the witness' presence would:

        a) Extend the hearing beyond reasonable limits.

        b) Create the risk of reprisal.

        c) Undermine the authority of administration.

        d) Such testimony would be irrelevant or unnecessary.

    The CAB's refusal to hear requested witnesses will be documented in the CAB Disposition.

d. Inmate with Language Barrier or Illiteracy Problem:

    Classification will give the inmates the resources to defend themselves (e.g., interpreter, psych, etc.)

3. CAB Decisions:

The CAB, after hearing all testimony and examining all evidence, will render a decision concerning the guilt or innocence of the inmate. The decision of the CAB will not be based upon age, sex, race, religion, color or national origin. It shall be based upon the evidence. The CAB shall render one of the following decisions:

a. Guilty: A preponderance of evidence indicates the inmate violated one or more facility rules. The CAB will structure sanctions necessary to elicit appropriate behavior from the inmate.

b. Not Guilty: A preponderance of evidence indicates the inmate did not commit the rule violations with which he/she is charged. The finding will be noted on the report. Inmate will be removed immediately from lockdown and/or moved from the disciplinary unit. A copy is forwarded

LVMPD0013711

to the appropriate bureau lieutenant and the Captain, SAOB. A copy of the CAR will not be placed in inmate's file.

c. <u>Charges Dismissed</u>: Procedural error violated due process rights of inmate who will be removed immediately from lockdown and/or moved from Disciplinary Detention.

d. <u>Decision Continued Pending Further Investigation</u>: CAB believes that further evidence is available that will either prove the inmate committed the rule violations with which he is charged or exonerate him. A decision will be rendered within the prescribed time limits unless an extension is granted by the Captain, SAOB, upon consent of the inmate. Any extension will be explained in the disposition.

e. <u>Loss of Earned Time:</u> "Good time" or "work time" can be removed as a result of a violation of CCDC/NVC rules and regulations. At the conclusion of the hearing, should the inmate be found guilty of the alleged rule violation, the CAB will administer an appropriate corrective sanction which may include removal of accrued "good time" and/or "work time" or a portion thereof. The inmate does not earn "good time" or "work time" for the time in which he/she is housed in disciplinary housing. The CAB may amend the sanctions and decide not to remove any of the "good time" and/or "work time."

Factors to consider when deciding loss of accrued time shall include the following:

1) Seriousness of the offense.

2) Inmate's institutional behavior.

3) Failure of previous corrective measures to elicit proper conduct from the inmate.

f. <u>Release Date</u>: Removal of any portion of, or all of a sentenced inmate's "good time" and/or "work time," will be computed automatically by iTAG when sanctions are imposed.

1) The amount of lost "good time" and/or "work time" will be added to the sentenced inmate's projected release date.

2) The new adjusted release date will be posted in the computer system and will become the date the inmate is to be released from custody, unless further changes become necessary.

Inmate will receive verbal notice of the CAB's decision at the conclusion of the hearing and will be informed of sanctions administered by the Board.

4.  CAB Disposition:

    - CAB hearing data will be documented on the Conduct Adjustment Disposition Form and will include all pertinent information.

    - After completion of the Conduct Adjustment Disposition Form the CAB will ensure that a copy is delivered to the inmate.

5.  *CAB Initiated Alerts:*

    - *In the event that an inmate is found guilty of a CAR referencing rule violation 218 or 226 the officers conducting the CAB hearing will enter the alert SMG – Smuggled Drugs/Narcotics in custody into iTAG.*

        o  *218-Introduction into facility or possession of or furnishing any narcotic, drug, narcotic paraphernalia, or intoxicant not prescribed for inmate by the medical staff, or being under the influence of a narcotic (NRS 212.170 Furnishing intoxicant to person lawfully confined in a jail or detention facility)*

        o  *226- Making intoxicants, being intoxicated, mixing food or drink with a narcotic or alcoholic substance, or possession of intoxicants (NRS 212.170 Furnishing intoxicant to person lawfully confined in a jail or detention facility; NRS 453.566 Unlawful use or possession)*

6.  CAB Minutes:

    Upon completion of the hearing process, applicable information concerning each hearing will be annotated in iTAG.

    A copy of the CAB Minutes Report will be provided to:

    Lieutenant, SAOB.

7.  Administrative Review:

    At the completion of the hearing process, the CAB minutes will be routed to the Deputy Chief, DSD or designee.

    The Lieutenant, SAOB, shall review the minutes to ensure:

    a.  There was compliance with facility standards on inmate discipline.

    b.  CAB decision was based upon the evidence.

    c.  Sanction imposed was proportionate to the offense.

    d.  Provide feedback to Classification on any unusual cases.

8.  Arrests for Violation of Law:

    a.  An inmate suspected of violating a state statute while in custody will be handled in the following manner:

LVMPD001373



b. Restrain or isolate the inmate if necessary to prevent a reoccurrence or continuance of the illegal act.

c. The LVMPD Sexual Assault Detail must be notified immediately of all sex crimes. The sergeant will notify dispatch for a detective to respond and investigate. In the event of a sex crime, the detective will handle the booking packet. Refer to LVMPD Department Manual, 5/206.02 Sexual Assault Investigations.

d. Prior to making any arrest, the officer will brief the floor or NVC sergeant, who will notify the responsible bureau lieutenant. The floor or NVC sergeant will review the evidence to ensure sufficient evidence exists and the elements of the crime are met. If the crime involved major injuries or substantial harm to inmates or staff, detectives should be contacted through dispatch.

   1) The LVMPD Violent Crimes Section will be contacted for violent crime investigations.

   2) LVMPD's Force Investigation Team (FIT), Criminalistics, and the Critical Incident Review Team (CIRT) will be contacted for investigations involving in-custody deaths or where death of the victim may be imminent, reference SOP #08.08.01, "Attempted Suicides and In-Custody Deaths" and LVMPD Department Manual, 5/205.16 In-Custody Deaths.

e. Place inmate under arrest if probable cause exists or complete the appropriate crime reports and follow department procedures for booking of arrestees. For further information, reference department manual 2/110.02 Constitutional Requirements during Criminal Investigations, 6/006.00 Arrest Procedures and Declaration of Arrest, 6/006.01 Arrests without Warrants, and 5/107.19 Limited English Proficiency (LEP) Tracking and Tabulation.

f. Rebooking packets are kept in the CBB sergeants' office, the responsible bureau lieutenant's office, and Classification. Follow directions on packet.

g. An inmate arrested for a violation of the law or who is the suspect in a crime report can also be written up on a CAR if their actions violate a facility rule. It is not double jeopardy to do both.

h. The NRS codes have been placed next to the Level 2 and Level 3 Violations for reference when re-bookings are necessary.

II.   INMATE APPEAL PROCESS

   A. Right to Appeal:

   Any inmate may appeal the decision and/or sanctions of the CAB based upon one of the following conditions:

   1. Violation of inmate disciplinary procedure.

   2. Sanction not appropriate to the violation.

LVMPD001374



3. Inmate can show he/she is not guilty.

B. First level of appeal is to the Captain, CBB or designee:

1. The appeal must be submitted in writing within five working days after receipt of the written CAB Disposition and must state specific reasons for the appeal.

2. The Captain, CBB or designee, shall respond to the inmate, in writing, within five working days after receipt of the appeal. The response will either uphold or deny the appeal and will justify the decision.

C. Second level of appeal is to Deputy Chief, DSD or designee, who will be an independent authority:

1. The appeal must be submitted, in writing, within five working days of receipt of the Captain, CBB response, and must state specific reasons for the appeal.

2. The Deputy Chief, DSD shall respond to the inmate, in writing, within five working days of receipt of the appeal. The response will either uphold or deny the appeal and will justify the decision.

3. The decision of the Deputy Chief, DSD or designee is <u>final and binding</u>.

D. Record Keeping:

1. Upon receiving the CAB appeal package, Classification will enter the applicable information into the computer system.

2. Classification Section will place package in appropriate file, send to DSD Records Bureau for filing.



LVMPD001375

# Classification Matrix

7/2008



CHARLES L. HANK III, DEPUTY CHIEF
DETENTION SERVICES DIVISION

CLH:cc

Attached Forms:  Level One Rule Violation
Level Two Rule Violation
Level Three Rule Violation
Level One Rule Violation Spanish
Level Two Rule Violation Spanish
Level Three Rule Violation Spanish



LVMPD001376

## INFRACTION CODE LEVEL 1 RULE VIOLATIONS

| Violation Code | Violation Description |
|---|---|
| 101 | Attempting to commit or aiding another person to commit any of the below listed infractions shall be considered the same as the offense itself |
| 102 | Refusing to comply with inmate dress standards |
| 103 | Creating a minor disturbance within the facility |
| 104 | Verbally abusive or disrespectful towards staff or other inmates |
| 105 | Refusing to maintain housekeeping standards |
| 106 | Refusing to maintain personal cleanliness |
| 107 | Failure to proceed to cell/bunk when instructed |
| 108 | Lying to a staff member |
| 109 | Excessive noise |
| 110 | Misuse of telephone |
| 111 | Unauthorized cell or bed change |
| 112 | Throwing or wasting food |
| 113 | Possession of currency on the person or in the living area of an inmate |
| 114 | Possession of jewelry on the person or in the living area of an inmate |
| 114A | Jewelry on the person may be permitted in specific circumstances |
| 115 | Possession of food not sold in commissary or legally provided by the kitchen |
| 116 | Possession of unauthorized items, contraband, or clothing |
| 117 | Being in an unauthorized area |
| 118 | Failure to follow safety regulations |
| 119 | Affixing pictures or other such materials on cell walls/furniture |
| 120 | Having towels, clothing, or other objects obstructing the view of officers into the cell |
| 121 | Loitering or sitting on stairs or upper tier |
| 122 | Leaving seat during chow |
| 123 | Saving or reserving seats during chow |
| 124 | Propping doors open without permission |
| 125 | Horseplay |
| 126 | Found in a red line area of the housing unit |
| 127 | Refusing to attend programs |
| 128 | Use of institutional forms other than as intended |
| 129 | Refusing to line up for chow or medication pass |
| 130 | Use of recreational supplies other than as intended |
| 131 | Failure to comply with an instruction from staff |
| 132 | Interfering with staff member duties (an inmate commits this violation when he/she interferes with, or obstructs, to include hide from, any staff member who is engaged in the performance of his/her duties) |
| 133 | Begging for food or commissary items from other inmates |
| 134 | Passing commissary, or being in possession of another inmate's commissary |
| 135 | Misuse, giveaway, barter or sell a diet/religious tray and/or P.M. snack |

The NRS codes have been placed next to the Levels 2 and 3 Violations for reference when re-bookings are necessary. In addition CAB Sentencing Guidelines are provided. The CAB decides the sentencing, these are only general guidelines and the actual sentences are at the discretion of the Board.

LVMPD001377

## INFRACTION CODE LEVEL 2 RULE VIOLATIONS (continued)

| Violation Code | Violation Description | Sentence Days |
|---|---|---|
| 201 | Attempting to commit or aiding another person to commit any of the below listed infractions shall be considered the same as the offense itself | 05-30 |
| 202 | Refusing to obey a direct order by staff  (NRS 199.280 Resisting a public officer) | 05-15 |
| 203 | Threatening another with physical harm  (NRS 207.180 Threatening or obscene letters or writings; NRS 199.300 Intimidating public officer, public employee, juror, referee, arbitrator, appraiser, assessor or similar person) | 05-15 |
| 204 | Engaging in a sexual act  (NRS 212.187 Voluntary sexual conduct between prisoner and another person) | 05-30 |
| 205 | Making sexual proposals or threats of sexual assault to another | 07-15 |
| 206 | Indecent exposure  (NRS 201.220 Indecent or obscene exposure) | 07-15 |
| 207 | Threat of escape | 15-30 |
| 208 | Wearing a disguise or mask | 05-30 |
| 209 | Tampering, altering, damaging, destroying jail property, or property of another, or, missing jail property  (NRS 212.190 Damage to prison and jails) | 05-30 |
| 210 | Theft of jail property or the property of another person  ( NRS 205.0832 Theft; NRS 205.240 Petit larceny; NRS 205.220 Grand larceny) | 10-30 |
| 211 | Possession of anything not authorized for retention or receipt by inmate or possession of items not issued to him/her through regular institutional channels | 05-30 |
| 212 | Possession or receipt of any contraband including any attempt to receive or aid or abet another to receive any contraband by having it brought into or by any attempt to have it brought into the jail | 05-30 |
| 213 | Unauthorized possession of property belonging to another person or fraudulently obtained or stole commissary orders (inmate will be charged for the commissary order even if the items are confiscated)  (NRS 205.380 Obtaining money, property, rent or labor by false pretenses) | 10-20 |
| 214 | Loaning of property or anything of value for profit or increased return | 10-20 |
| 215 | Using any equipment or machinery which is not specifically authorized, e.g., kitchen utensils and equipment | 10-30 |
| 216 | Using equipment or machinery contrary to instructions or posted safety standards | 10-20 |
| 217 | Participation in work stoppage or encouraging others to refuse to work | 10-30 |

LVMPD001378

INFRACTION CODE LEVEL 2 RULE VIOLATIONS (continued)

| Violation Code | Violation Description | Sentence Days |
|---|---|---|
| 218 | Introduction into facility or possession of or furnishing any narcotic, drug, narcotic paraphernalia, or intoxicant not prescribed for inmate by the medical staff, or being under the influence of a narcotic (NRS 212.170 Furnishing intoxicant to person lawfully confined in a jail or detention facility) | 15-30 |
| 219 | Unauthorized use of prescribed medication   (NRS 212.170 Furnishing intoxicant to person lawfully confined in a jail or detention facility) | 10-30 |
| 220 | Mutilation or alteration of clothing, linen, towels, mattresses, pillows, pillow cases, etc., issued by the jail (NRS 212.190 Damage to prison and jails) | 05-20 |
| 221 | Unexcused absence from work or any assignment | 05-15 |
| 222 | Interfering with the taking of count on any shift | 10-30 |
| 223 | Accumulating a commissary store of more than general population $100.00, maximum-security/CAB $20.00, MAX $30.00. (Excess amount will be confiscated) | 05-10 |
| 224 | Engaging in or encouraging a disruptive group demonstration  (NRS 203.060 Unlawful assembly) | 15-30 |
| 225 | Engaging in or encouraging others to riot  (NRS 203.070 Rout and riot) | 30 |
| 226 | Making intoxicants, being intoxicated, mixing food or drink with a narcotic or alcoholic substance, or possession of intoxicants   (NRS 212.170 Furnishing intoxicant to person lawfully confined in a jail or detention facility; NRS 453.566 Unlawful use or possession) | 07-30 |
| 227 | Giving or offering to give any official or staff member a bribe or anything of value (NRS 197.100 Influencing public officer) | 10-30 |
| 228 | Giving to or accepting from another inmate, or a member of his/her family, money or anything of value unless through official channels | 05-15 |
| 229 | Shaking cell doors or otherwise summoning an officer under the pretext of an emergency | 05-15 |
| 230 | Malingering or feigning an illness | 07-15 |
| 231 | Gambling | 05-15 |
| 232 | Receiving anything of value for services rendered to another inmate (e.g., art work, hair cutting, legal work) | 05-15 |
| 233 | Disrupting the module (to be used when officer doesn't need to call a code) | CTS-10 |
| 234 | Continuous unsatisfactory conduct by an inmate (five or more previously documented infractions during current incarceration) | 5-10 (1st time) 15-30 (2 + times) |

LVMPD001379

## INFRACTION CODE LEVEL 2 RULE VIOLATIONS (continued)

| Violation Code | Violation Description | Sentence Days |
|---|---|---|
| 235 | Sentenced inmates failure to do work assigned or failure to properly complete tasks | 10-20 |
| 236 | Making threatening or harassing telephone calls   (NRS 201.255 Obscene, threatening or annoying phone calls) | 05-30 |
| 237 | Refuse to attend line up | 10-15 |
| 238 | Passing notes or otherwise corresponding with another inmate, except through official channels   (NRS 212.140 Unauthorized communication with prisoner; NRS 212.150 Communication with person charged or convicted of felony in county jail) | 05-15 |
| 239 | Refusing to accept assigned room or roommate | 15-30 |
| 240 | Smoking or possession of cigarettes, matches, or other smoking material(NRS 202.2491 Smoking tobacco: Unlawful in certain public places) | 10-20 |
| 241 | Violation of library rules or otherwise misusing the legal library | 07-25 |
| 242 | Violation of Home Detention Agreement  (NRS 212.220 Penalties for absence without authorization or tampering with electronic device; restitution) | 15-30 |
| 243 | Rescinded | |
| 244 | Knocking off or tampering with the emergency sprinkler head  (NRS 475.090 Willful and malicious damage or destruction of fire equipment or apparatus) | 30 |
| 245 | Being in another inmate's room, row, bunk area | 10-20 |
| 246 | Violation of posted and/or outside sentenced inmate worker rules | 10-30 |
| 247 | Two or more inmates in the shower together | 15-30 |
| 248 | Two or more inmates in the same bed. | 15-30 |
| 249 | Making three way phone calls | 5-15 |
| 250 | Communicating with persons outside the facility, excluding authorized channels such as mail, phone calls or visiting  (NRS 212.140 Unauthorized communication with prisoner; NRS 212.150 Communication with person charged or convicted of felony in county jail) | 5-15 |
| 251 | Flooding cell | 15-30 |
| 252 | Passing commissary or anything of value inside a Disciplinary Housing Unit | 10-30 |

LVMPD001380

SOP 15.04.00 – Page 20

INFRACTION CODE LEVEL 3 RULE VIOLATIONS (continued)

| Violation Code | Violation Description | Sentence Days |
|---|---|---|
| 301 | Attempting to commit or aiding another person to commit any of the below listed infractions shall be considered the same as the offense | 15-60 |
| 302 | Assaulting another person (NRS 200.471 Assault). "Assault" means intentionally placing another person in reasonable apprehension of immediate bodily harm. | 15-60 |
| 303 | Sexually assaulting another person (NRS 200.366 Sexual Assault) | 60 |
| 304 | Escape (NRS 212.090 Prisoner who escapes) | 60 |
| 305 | Attempting or planning an escape | 60 |
| 306 | Tampering with locking devices (NRS 212.093 Manufacture or possession by prisoner of items adapted, designed or commonly used to escape) | 15-60 |
| 307 | Fighting or wrestling with another person (NRS 203.050 Affray) | 15-30 |
| 308 | Setting a fire (NRS 205.005 Arson; 205.010 First Degree; 205.025 Fourth Degree) | 60 |
| 309 | Possession of a staff member's clothing or uniform (NRS 199.430 Impersonation of officer) | 60 |
| 310 | Infliction of punishment or participation in a "Kangaroo Court" | 15-60 |
| 311 | Introduction into the facility, or possession of, a gun, firearm, weapon, knife, sharpened instrument, or unauthorized tool (NRS 212.185 Possession or control of dangerous weapon or facsimile by incarcerated person prohibited) | 60 |
| 312 | Possession or introduction of any explosive or ammunition (NRS 212.185 Possession or control of dangerous weapon or facsimile by incarcerated person prohibited) | 60 |
| 313 | Engaging in or encouraging others to riot (NRS 203.070 Rout and riot) | 60 |
| 314 | Extortion, blackmail, protection (demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing) (NRS 205.320 Extortion threats) | 15-60 |
| 315 | Battery (NRS 200.481 Battery). "Battery" means any willful and unlawful use of force or violence upon the person of another | 30-60 |
| 316 | Violation of criminal law | 30-60 |
| 317 | Participation in or encouraging gang-related activities (NRS 193.168 Felony committed to promote activities of criminal gang) | 15-60 |

LVMPD001381

INFRACTION CODE LEVEL 3 RULE VIOLATIONS (continued)

| Violation Code | Violation Description | Sentence Days |
|---|---|---|
| 318 | Assault/Battery on staff (NRS 200.471 Assault on correctional officer; NRS 200.481 Battery on correctional officer) | 60 |
| 319 | Unlawful acts related to human excrement or bodily fluid (NRS 212.189 Unlawful acts related to human excrement or bodily fluid) | 60 |
| 320 | Disrupting the safe and orderly operation of the facility (to be used when officer has to call a code) | 1 0-30 |

LVMPD001382

PROCEDIMIENTO DISCIPLINARIO

INFORMAL - VIOLACIÓN DE LAS REGLAS - NIVEL 1.

- Son impuestas por un oficial sin una audiencia por parte del Comité de Ajuste de Conducta (CAB por sus siglas en inglés) por violaciones de las Reglas y Regulaciones Informales de las instalaciones.
- Sanciones informales que pueden ser impuestas por un oficial:
  - Consejería
  - Amonestación Verbal
  - Pérdida de participación en actividades
  - Aislamiento o encierro dentro de la unidad de celdas hasta por 24 horas
- Si la violación es de alguna de las siguientes categorías y no pone en riesgo la seguridad de las instalaciones, solamente el Comité de Ajuste de Conducta puede estructurar limitaciones:

  . Correo
  a. Servicio médico
  b. Alimentos
  c. Llamadas telefónicas sobre servicios legales
  d. Visitas para asuntos legales
  e. Biblioteca Jurídica
  f. Programas

- Correspondencia legal alterada o sobres legales de papel manila son considerados contrabando. Los sobres alterados serán puestos junto con las pertinencias del preso. (Esta es una Violación de las Reglas de Nivel 1. 116, Posesión de artículos no autorizados, contrabando, o prendas de vestir.)

FORMAL - VIOLACIÓN DE LAS REGLAS - NIVELES 2 Y 3.

- Sanciones impuestas por el Comité de Ajuste de Conducta (CAB) después de una audiencia por violaciones de las Reglas y Regulaciones Formales de las instalaciones.
- Al determinar que el interno es culpable de violar las reglas de las instalaciones, el Comité de Ajuste de Conducta (CAB) estructurará solamente las sanciones necesarias, en ese nivel, para corregir la conducta del interno. El Comité de Ajuste de Conducta (CAB) puede imponer una o más de las siguientes sanciones:

g. Consejería
h. Amonestación verbal
i. Pérdida de participación en actividades, privilegios, o programas
j. Pérdida de tiempo de buena conducta/trabajo
k. Pérdida del estatus de trabajador
l. Aislamiento o encierro dentro de la unidad de celdas asignada
m. Requerimiento de pagar por la propiedad dañada o destruida
n. Pérdida de o restricciones de visitas, artículos del comisariato (tienda de artículos básicos), correo, servicios religiosos, o privilegios a la biblioteca jurídica.
o. Ser asignado a detención disciplinaria basado en los siguientes reglamentos:

  0) No más de 60 días por la violación de reglas que resulten de un incidente.
  1) El confinamiento continuo por más de 30 dias requiere la revisión y aprobación del Subjefe del Reclusorio, o del personal asignado.
  2) Por razones de seguridad dentro del módulo asignado, los artículos del comisariato pueden ser confiscados al entrar a la unidad de celdas y asegurados por el oficial.



139

## VIOLACIÓN DE LAS REGLAS - CÓDIGO DE INFRACCIÓN DE NIVEL 1

| Código de Violación | Descripción de Violación |
|---|---|
| 101 | Intentar cometer o ayudar a otra persona a cometer cualquiera de las siguientes infracciones, será considerado igual que cometer la ofensa misma. |
| 102 | Rehusarse a obedecer las reglas de vestimenta para los reos. |
| 103 | Crear un disturbio menor dentro de las instalaciones. |
| 104 | Abusar verbalmente o ser irrespetuoso con el personal u otros internos. |
| 105 | Rehusarse a mantener las normas de orden y limpieza requeridas. |
| 106 | Rehusarse a mantener la higiene personal. |
| 107 | Rehusarse a ir a la celda/litera cuando se le ordena. |
| 108 | Mentir a un miembro del personal. |
| 109 | Hacer ruido excesivo. |
| 110 | Hacer mal uso del teléfono. |
| 111 | Cambiar de celda o de litera sin autorización. |
| 112 | Tirar o desperdiciar la comida. |
| 113 | Poseer dinero consigo o en su celda. |
| 114 | Poseer joyería en su persona o en la celda. |
| 114A | El uso de joyería puede ser permitido en circunstancias específicas. |
| 115 | Poseer comida que no es vendida en el comisariato o que no fue legalmente provista por la cocina. |
| 116 | Poseer objetos no autorizados, contrabando o ropa. |
| 117 | Estar en un área no autorizada. |
| 118 | No seguir las reglas de seguridad. |
| 119 | Pegar fotos u otros materiales como estos en las paredes de la celda o muebles. |
| 120 | Tener toallas, ropa u otros objetos obstruyendo la visibilidad de los oficiales a la celda. |
| 121 | Deambular o sentarse en las escaleras o en el piso de la grada superior. |
| 122 | Levantarse de la mesa o asiento durante la comida. |
| 123 | Guardar o reservar asientos durante la comida. |
| 124 | Mantener las puertas abiertas con algo, sin permiso. |
| 125 | Jugar violenta mente. |
| 126 | Ser encontrado dentro del área de línea roja del módulo. |
| 127 | Rehusarse a tomar parte de los diferentes programas. |
| 128 | Usar formularios institucionales para otra actividad aparte de la indicada. |
| 129 | Rehusarse a hacer línea para la comida o distribución de medicamentos. |
| 130 | Usar el equipo recreacional para otra actividad aparte de la indicada. |
| 131 | No obedecer las instrucciones del personal. |
| 132 | Interferir con el trabajo de miembros del personal (un interno comete esta violación cuando él o ella interfiere, obstruye o se esconde de cualquier miembro del personal que se encuentre en el cumplimiento de sus labores) |
| 133 | Rogar por comida u objetos del comisariato a otros presos. |
| 134 | Pasar artículos del comisariato o estar en posesión de artículos del comisariato que pertenecen a otro interno. |
| 135 | Uso incorrecto, regalar, cambiar o vender una bandeja de comida de dieta/bandeja religiosa y/o un refrigerio de tarde. |

Los códigos de las leyes de Nevada (NRS por sus siglas en inglés) han sido colocados a la par de las violaciones a las reglas de Nivel 2 y Nivel 3 como referencia cuando sea necesario procesar a una persona en la cárcel por segunda vez. Las Guías de Sentencia del Comité de Ajuste de Conducta (CAB) también estan disponibles. El Comité de Ajuste de Conducta (CAB) decide la sentencia, estas son solo guías generales; la sentencias finales, estan basadas al criterio del comité.

LVMPD001384

