|   |   |
|---|---|
| 1 | **Marquis Aurbach Coffing** |
|   | Nick D. Crosby, Esq. |
| 2 | Nevada Bar No. 8996 |
|   | 10001 Park Run Drive |
| 3 | Las Vegas, Nevada 89145 |
|   | Telephone: (702) 382-0711 |
| 4 | Facsimile: (702) 382-5816 |
|   | ncrosby@maclaw.com |
| 5 |   Attorneys for LVMPD Defendants |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 8 | TONEY ANTHONEY WHITE, | Case Number: 2:16-cv-00734-RFB-VCF |
| 9 | Plaintiff, | |
| 10 | vs. | |
| 11 | COUNTY OF CLARK NEVADA (COCN), a municipality incorporated under the State of Nevada; NAPHCARE, an Alabama corporation qualified to do business in the State of Nevada; CITY OF HENDERSON (COHN), a municipality incorporated under the State of Nevada and the County of Clark; CITY OF HENDERSON POLICE DEPARTMENT (HPD), a political subdivision of the State of Nevada and the County of Clark, PATRICK MOERS, Chief of HPD, individually and in his official capacity as Chief of HPD; CORIZON HEALTH, INC., an Tennessee Corporation qualified to do business in the state of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD), a political subdivision of the State of Nevada, City of Las Vegas and County of Clark; HENRY COKER, EFREN DELACRUZ, MARION HOGAN, MICHAEL POLLARD, DARREN HARDIN, MARCO ALVARDO, VALYON GOINS, CHERI SMITH, D. JONES, AND DOE CORRECTION OFFICERS 1 THRU 10, inclusive, individually and in their official capacities as Correction Officers employed at LVMPD at Clark County Detention Center (CCDC): FRANC CADET, UNKNOWN CLARK, UNKNOWN FERRY, UNKNOWN MENDOZA, UNKNOWN HOPKINS, UNKNOWN COLEMAN, individually and in their official capacities as Corrections Sergeants at CCDC; J. CHAVEZ, JOHN GREGG, MARC SMITH, SALVIDAR | **STIPULATION AND ORDER FOR DISMISSAL OF LVMPD DEFENDANTS ONLY WITH PREJUDICE** |

*(Left margin: MARQUIS AURBACH COFFING, 10001 Park Run Drive, Las Vegas, Nevada 89145, (702) 382-0711 FAX: (702) 382-5816)*

MAC:14687-120 4024990_1

PAUL ACEVEDO, R. ROBINSON and DOE OFFICERS 11 THRU 20, inclusive, individually and in their official capacities as Officers of COHN, HPD and Henderson Detention Center (HDC): RYAN ADAMS AND ANTHONY NISWONGER, individually and in their official capacities as Detectives of HPD and COHN, NAPHCARE LICENSED PRACTICAL NURSES (LPN) ARTHUR GALICIA, LOVELLA MALC-DEM, KODY CARDNER, MESERET GEBREY, ROCHELLE PEOPLES, ANABELLE EVANGELISTA, MARISSA PLAYER, ELIZABETH AKHTAR, LAWANDA MCCLAIN, MICHAEL VU, RUBELLETA YADAO, ELIZABETH ACEVEDO, MICHELLE GONZALES, AMANDA VERTNER, DEBORAH CANTO, MARIAN MURRIEL, QUINITA JACKSON, DEBRA VANDERWAAG, MARINA ALBERTO, CRYSTAL GONZALEZ, REMIELYN MANDING, MESTAWOTE TILAHUN, LARRY HALL AND FREDERICK LATIA; NAPHCARE REGISTERED NURSES ASHLEY ELIZABETH KOMACSAR AND HORACE TADEO; NAPHCARE PHYSICIANS LARRY DEAN WILLIAMSON AND DOES 12 THRU 14; CORIZON PHYSICIANS RUBIN SAAVEDRA AND TERESA CALDWELL; CORIZON NURSES DOES 15 THRU 20; AND DOES 21 THRU 35, inclusive,

Defendants.

## STIPULATION AND ORDER FOR DISMISSAL OF LVMPD DEFENDANTS ONLY WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Officer Marco Alvardo, Officer Franc Cadet, Officer Michael Pollard, Officer Efren Delacruz, Officer Marlon Hogan, Officer Darren Hardin, Henry Coker, (collectively, the "LVMPD Defendants"), by and through their attorney of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing; and Toney Anthoney White, Plaintiff in *Proper Person*, that the Parties stipulate and agree as follows:

MAC:14687-120 4024990_1

1. All claims against Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Officer Marco Alvardo, Officer Franc Cadet, Officer Michael Pollard, Officer Efren Delacruz, Officer Marlon Hogan, Officer Darren Hardin, Henry Coker, and all named but unserved LVMPD Defendants, (collectively, the "LVMPD Defendants"), are dismissed with prejudice; and

2. Each party will bear their own attorney fees and costs.

Dated this 30th day of June, 2020.

MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711
*Attorneys for LVMPD Defendants*

Dated this 23RD day of JUNE, 2020.

TONEY ANTHONEY WHITE

By: _____
Toney Anthoney White
NDOC. No. 1214172
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against LVMPD Defendants Only are dismissed with prejudice, with each party to bear their own attorney's costs and fees.

Dated this 15th day of July, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

MAC:14687-120 4024990_1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **foregoing STIPULATION AND ORDER FOR DISMISSAL OF LVMPD DEFENDANTS ONLY WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of July, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Toney Anthoney White
NDOC. No. 1214172
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff in proper person*

/s/ Suyanne Bee
An employee of Marquis Aurbach Coffing

MAC:14687-120 4024990_1